# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Kyrpych v. Kelly et al

District Court Number: 1:25-cv-12291-FDS

Fee:    Paid?   Yes _____   No _X_   Government filer _____   *In Forma Pauperis* Yes _____   No _____

Motions Pending   Yes _____ No _X_          Sealed documents   Yes _X_ No _____
*If yes, document #* _____          *If yes, document #* 1 , 23 , 43 , 45 , 46 , 57 , 58 , 59 , 60 , 61 , 62

*Ex parte* documents   Yes _____ No _X_          Transcripts   Yes _____ No _X_
*If yes, document #* _____          *If yes, document #* _____

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent _____   Other: _____

Appeal from:

  Dkt No's. 177 Memorandum & ORDER, 178 ORDER, and 179 Order Dismissing Case
Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

## #'s 177, 178, 179,

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 180 filed on 6/29/2026 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 29, 2026 .

**ROBERT M. FARRELL**
Clerk of Court

/s/ Melonie Cooke
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: <u>1:25−cv−12291−FDS</u>

| | |
|---|---|
| Kyrpych et al v. Kelly et al | Date Filed: 08/15/2025 |
| Assigned to: District Judge F. Dennis Saylor, IV | Date Terminated: 06/29/2026 |
| Cause: 28:1331 Federal Question: Other Civil Rights | Jury Demand: Both |
| | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**<u>Plaintiff</u>**

**Pro se litigant Yaroslav Kyrpych**      represented by      **Yaroslav Kyrpych**
228 Hilltop Drive
Walpole, MA 02081
857−869−0080
Email: yaroslav.kyrpych@gmail.com
PRO SE

V.

**<u>Defendant</u>**

**Kristen Denise Kelly**      represented by      **Alexander Weiss**
*Individually and in her Official Capacity*      Office of the Attorney General
*as ADA Norfolk County District Attorney*      One Ashburton Place
Boston, MA 02108
617−963−2934
Email: alexander.weiss@mass.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine Fimognari**
Office of the Attorney General (MA)
One Ashburton Place
20th Flr.
Boston, MA 02108
617−963−2206
Email: christine.fimognari@mass.gov
*TERMINATED: 11/03/2025*
*ATTORNEY TO BE NOTICED*

**Mathias Francis Fressilli**
Massachusetts Office of the Attorney
General
1 Ashburton Pl.
Suite 1813
Boston, MA 02108
617−963−2907
Email: mathias.fressilli@mass.gov

*ATTORNEY TO BE NOTICED*

**Defendant**

**Katelyn Marie Jay**
*Individually and in her Official Capacity*
*as ADA Norfolk County District Attorney*

represented by **Alexander Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine Fimognari**
(See above for address)
*TERMINATED: 11/03/2025*
*ATTORNEY TO BE NOTICED*

**Mathias Francis Fressilli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Elise Marian Barry**
*Individually and in her Official Capacity*
*as Employee of Department of Children*
*and Families*

represented by **Alexander Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine Fimognari**
(See above for address)
*TERMINATED: 11/03/2025*
*ATTORNEY TO BE NOTICED*

**Mathias Francis Fressilli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Shannon McAnulty**
*Individually and in her Official Capacity*
*as Employee of Department of Children*
*and Families*

represented by **Alexander Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine Fimognari**
(See above for address)
*TERMINATED: 11/03/2025*
*ATTORNEY TO BE NOTICED*

**Mathias Francis Fressilli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sandra E Fontecchio**
*Individually and in her Official Capacity*

represented by **Alexander Weiss**
(See above for address)

as Employee of Department of Children  
and Families

*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Christine Fimognari**  
(See above for address)  
*TERMINATED: 11/03/2025*  
*ATTORNEY TO BE NOTICED*

**Mathias Francis Fressilli**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cheryl Banks**  
*Individually and in her Official Capacity*  
*as Employee of Department of Children*  
*and Families*

represented by **Alexander Weiss**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Christine Fimognari**  
(See above for address)  
*TERMINATED: 11/03/2025*  
*ATTORNEY TO BE NOTICED*

**Mathias Francis Fressilli**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Laura A Rafael**  
*Individually and in her Official Capacity*  
*as Employee of Department of Children*  
*and Families*

represented by **Alexander Weiss**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Christine Fimognari**  
(See above for address)  
*TERMINATED: 11/03/2025*  
*ATTORNEY TO BE NOTICED*

**Mathias Francis Fressilli**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michelle F Frazer**  
*Individually and in her Official Capacity*  
*as Employee of Department of Children*  
*and Families*

represented by **Alexander Weiss**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Christine Fimognari**  
(See above for address)  
*TERMINATED: 11/03/2025*

*ATTORNEY TO BE NOTICED*

**Mathias Francis Fressilli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Philip James Clossey**
*Individually and in her Official Capacity as Employee of Department of Children and Families*

represented by   **Alexander Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine Fimognari**
(See above for address)
*TERMINATED: 11/03/2025*
*ATTORNEY TO BE NOTICED*

**Mathias Francis Fressilli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Katheryn L Butterfield**
*Individually and in her Official Capacity as Area program Manager of Department of Children and Families*

represented by   **Alexander Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine Fimognari**
(See above for address)
*TERMINATED: 11/03/2025*
*ATTORNEY TO BE NOTICED*

**Mathias Francis Fressilli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alison C. Coleman−Hardy**
*in her Official Capacity as Area Program Manager of Department of Children and Families*

represented by   **Alexander Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine Fimognari**
(See above for address)
*TERMINATED: 11/03/2025*
*ATTORNEY TO BE NOTICED*

**Mathias Francis Fressilli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Department of Children and Families**         represented by   **Alexander Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine Fimognari**
(See above for address)
*TERMINATED: 11/03/2025*
*ATTORNEY TO BE NOTICED*

**Mathias Francis Fressilli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rachael Anne Sullivan**                       represented by   **Brendan P. Slean**
*Individually and in her Official Capacity*                     Lawson & Weitzen
*as Employee of Bay State Community*                            88 Black Falcon Avenue
*Services*                                                      Suite 345
Boston, MA 02210
617−439−4990
Email: bslean@lawson−weitzen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Steven F. Ruscio**                            represented by   **Alexander Weiss**
*Supervisor*                                                    (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine Fimognari**
(See above for address)
*TERMINATED: 11/03/2025*
*ATTORNEY TO BE NOTICED*

**Mathias Francis Fressilli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Azelene D. Edouarzin**                        represented by   **Alexander Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine Fimognari**
(See above for address)
*TERMINATED: 11/03/2025*

*ATTORNEY TO BE NOTICED*

**Mathias Francis Fressilli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Norfolk County District Attorney**
**Office**

represented by **Alexander Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine Fimognari**
(See above for address)
*TERMINATED: 11/03/2025*
*ATTORNEY TO BE NOTICED*

**Mathias Francis Fressilli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Lee Mumford Peterson**
*Judge Norfolk County Probate and*
*Family Court*

represented by **Alexander Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine Fimognari**
(See above for address)
*TERMINATED: 11/03/2025*
*ATTORNEY TO BE NOTICED*

**Mathias Francis Fressilli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Meghan Honigman**
*Guardian ad Litem*

represented by **Rebecca Long**
Koufman Law Group, LLC
145 Tremont Street, 4th Flr.
Boston, MA 02111
617−423−2212
Email: rl@kflitigators.com
*ATTORNEY TO BE NOTICED*

**Victor J. Koufman**
Koufman Law Group, LLC
88 Broad Street
Suite 402
Boston, MA 02110
617−423−2212

Email: vk@klgboston.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ryan Faenza Carey PC**  represented by  **Scott D. Burke**
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
617−439−7578
Fax: 617−342−4937
Email: sburke@morrisonmahoney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Carolyn P. Gannon**

**Defendant**

**Brian P. Divasta**  represented by  **Brian P. Divasta**
181 Captain Eames Circle
Ashland, MA 01721
508−216−3284
Email: brian.divasta@gmail.com
PRO SE

**Defendant**

**Christine McMahon Cullinan**  represented by  **Alexander Weiss**
*Assistand District Attorney*  (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine Fimognari**
(See above for address)
*TERMINATED: 11/03/2025*
*ATTORNEY TO BE NOTICED*

**Mathias Francis Fressilli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bay State Community Services**  represented by  **Brendan P. Slean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kara Clifford Carey**  represented by  **Scott D. Burke**
(See above for address)

**Defendant**

**Danielle E Czekanski**

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 08/15/2025 | 2 | ELECTRONIC NOTICE of Case Assignment. District Judge F. Dennis Saylor, IV assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge M. Page Kelley. (SEC) (Entered: 08/15/2025) |
| 08/18/2025 | 3 | Summons Issued as to Cheryl Banks, Elise Marian Barry, Katheryn L Butterfield, Philip James Clossey, Alison D Coleman, Department of Children and Families, Sandra E Fontecchio, Michelle F Frazer, Katelyn Marie Jay, Kristen Denise Kelly, Shannon McAnulty, Laura A Rafael, Rachael Anne Sullivan. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (LBO) (Entered: 08/18/2025) |
| 08/18/2025 | 4 | Filing fee: $405.00, receipt number 100012728 for 1 Complaint, (LBO) (Entered: 08/18/2025) |
| 08/22/2025 | 5 | MOTION for Leave to file electronically Pro Se by Yaroslav Kyrpych. (MAC) (Entered: 08/22/2025) |
| 08/22/2025 | 6 | SUMMONS Returned Executed Department of Children and Families served on 8/21/2025, answer due 9/11/2025. (MAC) (Entered: 08/22/2025) |
| 08/22/2025 | 7 | SUMMONS Returned Executed Shannon McAnulty served on 8/20/2025, answer due 9/10/2025. (MAC) (Entered: 08/22/2025) |
| 08/22/2025 | 8 | SUMMONS Returned Executed Elise Marian Barry served on 8/20/2025, answer due 9/10/2025. (MAC) (Entered: 08/22/2025) |
| 08/22/2025 | 9 | SUMMONS Returned Executed Michelle F Frazer served on 8/20/2025, answer due 9/10/2025. (MAC) (Entered: 08/22/2025) |
| 08/22/2025 | 10 | SUMMONS Returned Executed Laura A Rafael served on 8/20/2025, answer due 9/10/2025. (MAC) (Entered: 08/22/2025) |
| 08/22/2025 | 11 | SUMMONS Returned Executed Philip James Clossey served on 8/20/2025, answer due 9/10/2025. (MAC) (Entered: 08/22/2025) |
| 08/22/2025 | 12 | SUMMONS Returned Executed Alison C Coleman−Hardy served on 8/20/2025, answer due 9/10/2025. (MAC) (Entered: 08/22/2025) |
| 08/22/2025 | 13 | SUMMONS Returned Executed Katheryn L Butterfield served on 8/20/2025, answer due 9/10/2025. (MAC) (Entered: 08/22/2025) |
| 08/22/2025 | 14 | |

| | | SUMMONS Returned Executed Cheryl Banks served on 8/20/2025, answer due 9/10/2025. (MAC) (Entered: 08/22/2025) |
|---|---|---|
| 08/22/2025 | 15 | SUMMONS Returned Executed Steven F. Ruscio served on 8/20/2025, answer due 9/10/2025. (MAC) (Entered: 08/22/2025) |
| 08/22/2025 | 16 | SUMMONS Returned Executed Azelene D. Edouarzin served on 8/20/2025, answer due 9/10/2025. (MAC) (Entered: 08/22/2025) |
| 08/25/2025 | 17 | MOTION to Allow Plaintiff's Discovery Effective Immediately by Yaroslav Kyrpych. (Attachments: # 1 Declaration) (MAC) (Entered: 08/25/2025) |
| 08/25/2025 | 18 | MEMORANDUM in Support re 17 MOTION to Allow Plaintiff's Discovery Effective Immediately filed by Yaroslav Kyrpych. (MAC) (Entered: 08/25/2025) |
| 08/27/2025 | 19 | Summons Returned Unexecuted by Yaroslav Kyrpych as to Rachael Anne Sullivan. (MAC) (Entered: 08/27/2025) |
| 08/27/2025 | 20 | SUMMONS Returned Executed Kristen Denise Kelly served on 8/25/2025, answer due 9/15/2025. (MAC) (Entered: 08/27/2025) |
| 08/27/2025 | 21 | SUMMONS Returned Executed Katelyn Marie Jay served on 8/25/2025, answer due 9/15/2025. (MAC) (Entered: 08/27/2025) |
| 08/27/2025 | 22 | SUMMONS Returned Executed Sandra E Fontecchio served on 8/26/2025, answer due 9/16/2025. (MAC) (Entered: 08/27/2025) |
| 09/10/2025 | 24 | NOTICE of Appearance by Christine Fimognari on behalf of Cheryl Banks, Elise Marian Barry, Katheryn L Butterfield, Philip James Clossey, Alison C. Coleman−Hardy, Department of Children and Families, Azelene D. Edouarzin, Sandra E Fontecchio, Michelle F Frazer, Katelyn Marie Jay, Kristen Denise Kelly, Shannon McAnulty, Christine McMahon Cullinan, Norfolk County District Attorney Office, Lee Mumford Peterson, Laura A Rafael, Steven F. Ruscio (Fimognari, Christine) (Entered: 09/10/2025) |
| 09/10/2025 | 25 | MOTION for Extension of Time to Nov. 10, 2025 to File Answer *or respond pursuant to Fed. Rule Civ. P. 12* by Cheryl Banks, Elise Marian Barry, Katheryn L Butterfield, Philip James Clossey, Alison C. Coleman−Hardy, Department of Children and Families, Azelene D. Edouarzin, Sandra E Fontecchio, Michelle F Frazer, Katelyn Marie Jay, Kristen Denise Kelly, Shannon McAnulty, Christine McMahon Cullinan, Norfolk County District Attorney Office, Lee Mumford Peterson, Laura A Rafael, Steven F. Ruscio.(Fimognari, Christine) (Entered: 09/10/2025) |
| 09/10/2025 | 26 | SUMMONS Returned Executed Rachael Anne Sullivan served on 9/2/2025, answer due 9/23/2025. (MAC) (Entered: 09/11/2025) |
| 09/12/2025 | 27 | **EMERGENCY** MOTION for Leave to file electronically Pro Se by Yaroslav Kyrpych. (MAC) (Entered: 09/12/2025) |
| 09/12/2025 | 28 | **EMERGENCY** Opposition to 25 MOTION for Extension of Time to Nov. 10, 2025 to File Answer or respond pursuant to Fed. Rule Civ. P. 12 filed by Yaroslav Kyrpych. (Attachments: # 1 Exhibit 1− Email Exchange) (MAC) (Entered: 09/12/2025) |
| 09/15/2025 | 29 | District Judge F. Dennis Saylor, IV: ELECTRONIC ORDER entered **GRANTING** 27 Motion for leave to electronically file Pro Se. |

Pro se litigants must have an individual PACER account to electronically file in the District of Massachusetts and must register to E−file. To register for a PACER account, go the PACER website at https://pacer.uscourts.gov/register−account.

To register to E−file, follow the instructions on our website at https://www.mad.uscourts.gov/caseinfo/nextgen−pro−se.htm.

If the Massachusetts District Court is not in the dropdown list of courts, please email tracy_mclaughlin@mad.uscourts.gov with the docket number so your account can be updated allowing you to E−file.

| | | |
|---|---|---|
| | | 25 Motion for Extension of Time to Nov. 10, 2025. **GRANTED**. Cheryl Banks ; Elise Marian Barry ; Katheryn L Butterfield; Philip James Clossey ; Alison C. Coleman−Hardy ; Department of Children and Families ; Azelene D. Edouarzin ; Sandra E Fontecchio ; Michelle F Frazer ; Katelyn Marie Jay ; Kristen Denise Kelly ; Shannon McAnulty; Christine McMahon Cullinan ; Norfolk County District Attorney Office ; Lee Mumford Peterson ; Laura A Rafael ; Steven F. Ruscio answer due 11/10/2025. (MAC) (Entered: 09/15/2025) |
| 09/16/2025 | 30 | NOTICE of Appearance by Brendan P. Slean on behalf of Rachael Anne Sullivan (Slean, Brendan) (Entered: 09/16/2025) |
| 09/17/2025 | 31 | MOTION for Extension of Time to October 23, 2025 to File Answer *to Complaint* by Rachael Anne Sullivan.(Slean, Brendan) (Entered: 09/17/2025) |
| 09/17/2025 | 32 | NOTICE of Appearance by Scott D. Burke on behalf of Ryan Faenza Carey PC (Burke, Scott) (Entered: 09/17/2025) |
| 09/17/2025 | 33 | **EMERGENCY** MOTION To Reconsider 25 Court Order For Extension of Time to November 10, 2025 by Yaroslav Kyrpych. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (MAC) (Entered: 09/17/2025) |
| 09/17/2025 | 34 | Copy re 29 Order on Motion for leave to electronically file Pro Se, Order on Motion for Extension of Time to Answer mailed to Yaroslav Kyrpych on 9/17/2025. (MAC) (Entered: 09/17/2025) |
| 09/17/2025 | 35 | SUMMONS Returned Executed Ryan Faenza Carey PC served on 9/15/2025, answer due 10/6/2025. (MAC) (Entered: 09/17/2025) |
| 09/17/2025 | 36 | SUMMONS Returned Executed Meghan Honigman served on 9/15/2025, answer due 10/6/2025. (MAC) (Entered: 09/17/2025) |
| 09/17/2025 | 37 | SUMMONS Returned Executed Christine McMahon Cullinan served on 9/16/2025, answer due 11/10/2025. (MAC) (Entered: 09/17/2025) |
| 09/17/2025 | 38 | SUMMONS Returned Executed Carolyn P. Gannon served on 9/15/2025, answer due 10/6/2025. (MAC) (Entered: 09/17/2025) |
| 09/17/2025 | 39 | SUMMONS Returned Executed Brian P. Divasta served on 9/15/2025, answer due 10/6/2025. (MAC) (Entered: 09/17/2025) |
| 09/17/2025 | 40 | SUMMONS Returned Executed Norfolk County District Attorney Office served on 9/16/2025, answer due 11/10/2025. (MAC) (Entered: 09/17/2025) |

| | | |
|---|---|---|
| 09/17/2025 | 41 | SUMMONS Returned Executed Lee Mumford Peterson served on 9/16/2025, answer due 11/10/2025. (MAC) (Entered: 09/18/2025) |
| 09/18/2025 | 42 | Opposition re 31 MOTION for Extension of Time to October 23, 2025 to File Answer *to Complaint* filed by Yaroslav Kyrpych. (Attachments: # 1 Exhibit Excerpt from deposition of Donna Madoff dated July 31, 2024)(Kyrpych, Yaroslav) (Entered: 09/18/2025) |
| 09/22/2025 | 44 | MOTION to Amend 1 Complaint, by Yaroslav Kyrpych.(Kyrpych, Yaroslav) (Entered: 09/22/2025) |
| 09/29/2025 | 47 | NOTICE of Appearance by Alexander Weiss on behalf of Cheryl Banks, Elise Marian Barry, Katheryn L Butterfield, Philip James Clossey, Alison C. Coleman−Hardy, Department of Children and Families, Azelene D. Edouarzin, Sandra E Fontecchio, Michelle F Frazer, Katelyn Marie Jay, Kristen Denise Kelly, Shannon McAnulty, Christine McMahon Cullinan, Norfolk County District Attorney Office, Lee Mumford Peterson, Laura A Rafael, Steven F. Ruscio (Weiss, Alexander) (Entered: 09/29/2025) |
| 09/30/2025 | 48 | NOTICE of Appearance by Rebecca Long on behalf of Meghan Honigman (Long, Rebecca) (Entered: 09/30/2025) |
| 10/02/2025 | 49 | MOTION to Amend 1 Complaint, by Yaroslav Kyrpych.(Kyrpych, Yaroslav) (Entered: 10/02/2025) |
| 10/03/2025 | 50 | Opposition re 44 MOTION to Amend 1 Complaint, , 46 MOTION to Amend 1 Complaint, , 49 MOTION to Amend 1 Complaint, , 45 MOTION to Amend 1 Complaint, filed by Cheryl Banks, Elise Marian Barry, Katheryn L Butterfield, Philip James Clossey, Alison C. Coleman−Hardy, Department of Children and Families, Azelene D. Edouarzin, Sandra E Fontecchio, Michelle F Frazer, Katelyn Marie Jay, Kristen Denise Kelly, Shannon McAnulty, Christine McMahon Cullinan, Norfolk County District Attorney Office, Lee Mumford Peterson, Laura A Rafael, Steven F. Ruscio. (Weiss, Alexander) (Entered: 10/03/2025) |
| 10/06/2025 | 51 | MOTION to Amend 1 Complaint, by Yaroslav Kyrpych.(Kyrpych, Yaroslav) (Entered: 10/06/2025) |
| 10/06/2025 | 52 | MOTION for Extension of Time to November 10, 2025 to Respond to Complaint by Meghan Honigman.(Long, Rebecca) (Entered: 10/06/2025) |
| 10/06/2025 | 53 | MOTION to Dismiss for Lack of Jurisdiction by Ryan Faenza Carey PC.(Burke, Scott) (Entered: 10/06/2025) |
| 10/06/2025 | 54 | MEMORANDUM in Support re 53 MOTION to Dismiss for Lack of Jurisdiction filed by Ryan Faenza Carey PC. (Attachments: # 1 Exhibit plaintiff's Complaint)(Burke, Scott) (Attachment 1 replaced on 10/7/2025) (MAC). **Modified on 10/7/2025 to remove double header** (MAC). (Entered: 10/06/2025) |
| 10/06/2025 | 55 | ANSWER to 1 Complaint, by Brian P. Divasta.(MAC) (Entered: 10/07/2025) |
| 10/06/2025 | 56 | ANSWER to 1 Complaint, by Carolyn P. Gannon. (MAC) (Entered: 10/07/2025) |
| 10/23/2025 | 63 | MOTION to Dismiss by Rachael Anne Sullivan. (Attachments: # 1 Defendant Rachael Anne Sullivan's Memorandum in Support of Motion to Dismiss)(Slean, Brendan) (Entered: 10/23/2025) |
| 10/23/2025 | 64 | |

| | | NOTICE of Appearance by Victor J. Koufman on behalf of Meghan Honigman (Koufman, Victor) (Entered: 10/23/2025) |
|---|---|---|
| 10/31/2025 | 66 | MOTION to Withdraw as Attorney by Cheryl Banks, Elise Marian Barry, Katheryn L Butterfield, Philip James Clossey, Alison C. Coleman−Hardy, Department of Children and Families, Azelene D. Edouarzin, Sandra E Fontecchio, Michelle F Frazer, Katelyn Marie Jay, Kristen Denise Kelly, Shannon McAnulty, Christine McMahon Cullinan, Norfolk County District Attorney Office, Lee Mumford Peterson, Laura A Rafael, Steven F. Ruscio.(Fimognari, Christine) (Entered: 10/31/2025) |
| 10/31/2025 | 68 | Notice of Service of Process filed by Yaroslav Kyrpych. Individual(s)/Entities served: Danielle Czekanski. (MAC) (Entered: 11/03/2025) |
| 10/31/2025 | 69 | Notice of Service of Process filed by Yaroslav Kyrpych. Individual(s)/Entities served: Bay State Community Service Inc. (MAC) (Entered: 11/03/2025) |
| 10/31/2025 | 70 | Notice of Service of Process filed by Yaroslav Kyrpych. Individual(s)/Entities served: Anne S. Yas. (MAC) (Entered: 11/03/2025) |
| 11/01/2025 | 67 | Notice of Service of Process filed by Yaroslav Kyrpych. Individual(s)/Entities served: Kara Clifford Carey **Modified on 11/3/2025 to correct docket text.** . (MAC) (Entered: 11/01/2025) |
| 11/03/2025 | 71 | District Judge F. Dennis Saylor, IV: ELECTRONIC ORDER entered GRANTING 66 Motion to Withdraw as Attorney. Attorney Christine Fimognari terminated (MAC) (Entered: 11/03/2025) |
| 11/06/2025 | 72 | NOTICE of Appearance by Brendan P. Slean on behalf of Bay State Community Services (Slean, Brendan) (Entered: 11/06/2025) |
| 11/10/2025 | 73 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Meghan Honigman.(Long, Rebecca) (Entered: 11/10/2025) |
| 11/10/2025 | 74 | MEMORANDUM in Support re 73 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Meghan Honigman. (Long, Rebecca) (Entered: 11/10/2025) |
| 11/10/2025 | 75 | MOTION to Dismiss by Cheryl Banks, Elise Marian Barry, Katheryn L Butterfield, Philip James Clossey, Alison C. Coleman−Hardy, Department of Children and Families, Azelene D. Edouarzin, Sandra E Fontecchio, Michelle F Frazer, Katelyn Marie Jay, Kristen Denise Kelly, Shannon McAnulty, Christine McMahon Cullinan, Norfolk County District Attorney Office, Lee Mumford Peterson, Laura A Rafael, Steven F. Ruscio. (Attachments: # 1 Memorandum of Law in Support of State Defendants' Motion to Dismiss)(Weiss, Alexander) (Entered: 11/10/2025) |
| 11/10/2025 | 76 | MOTION to Dismiss by Bay State Community Services, Rachael Anne Sullivan.(Slean, Brendan) (Entered: 11/10/2025) |
| 11/10/2025 | 77 | MEMORANDUM in Support re 76 MOTION to Dismiss filed by Bay State Community Services, Rachael Anne Sullivan. (Slean, Brendan) (Entered: 11/10/2025) |
| 11/16/2025 | 78 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Ryan Faenza Carey PC, Kara Clifford Carey. (Attachments: # 1 Exhibit Summons)(Burke, Scott) (Entered: 11/16/2025) |

| | | |
|---|---|---|
| 12/01/2025 | 80 | ~~Memorandum of Law ANSWER to 79 Amended Complaint,, by Yaroslav Kyrpych.(Kyrpych, Yaroslav)~~ **Modified on 12/2/2025: Wrong filing event used. See Dkt 81** (MAC) (Entered: 12/01/2025) |
| 12/02/2025 | 81 | MEMORANDUM OF LAW by Yaroslav Kyrpych to 79 Amended Complaint. (MAC) (Entered: 12/02/2025) |
| 12/11/2025 | 90 | MOTION to Seal Document 85 Exhibit,,,,,,, by Cheryl Banks, Elise Marian Barry, Katheryn L Butterfield, Philip James Clossey, Alison C. Coleman−Hardy, Department of Children and Families, Azelene D. Edouarzin, Sandra E Fontecchio, Michelle F Frazer, Katelyn Marie Jay, Kristen Denise Kelly, Shannon McAnulty, Christine McMahon Cullinan, Norfolk County District Attorney Office, Lee Mumford Peterson, Laura A Rafael, Steven F. Ruscio.(Weiss, Alexander) (Entered: 12/11/2025) |
| 01/06/2026 | 91 | NOTICE of Appearance by Mathias Francis Fressilli on behalf of Cheryl Banks, Elise Marian Barry, Katheryn L Butterfield, Philip James Clossey, Alison C. Coleman−Hardy, Department of Children and Families, Azelene D. Edouarzin, Sandra E Fontecchio, Michelle F Frazer, Katelyn Marie Jay, Kristen Denise Kelly, Shannon McAnulty, Christine McMahon Cullinan, Norfolk County District Attorney Office, Lee Mumford Peterson, Laura A Rafael, Steven F. Ruscio (Fressilli, Mathias) (Entered: 01/06/2026) |
| 01/06/2026 | 92 | MOTION to Withdraw as Attorney by Cheryl Banks, Elise Marian Barry, Katheryn L Butterfield, Philip James Clossey, Alison C. Coleman−Hardy, Department of Children and Families, Azelene D. Edouarzin, Sandra E Fontecchio, Michelle F Frazer, Katelyn Marie Jay, Kristen Denise Kelly, Shannon McAnulty, Christine McMahon Cullinan, Norfolk County District Attorney Office, Lee Mumford Peterson, Laura A Rafael, Steven F. Ruscio.(Weiss, Alexander) (Entered: 01/06/2026) |
| 01/21/2026 | 93 | District Judge F. Dennis Saylor, IV: ELECTRONIC ORDER entered **granting** 90 Motion to Seal Document (MAC) (Entered: 01/21/2026) |
| 01/25/2026 | 94 | STATUS REPORT by Yaroslav Kyrpych. (Kyrpych, Yaroslav) (Entered: 01/25/2026) |
| 02/03/2026 | 95 | District Judge F. Dennis Saylor, IV: ELECTRONIC ORDER entered Plaintiff's motion to take discovery immediately (Docket No. 17 ) is DENIED. Discovery in this matter must await the determination of whether plaintiff has one or more valid claims that are within the jurisdiction of this court. (MMM) (Entered: 02/03/2026) |
| 02/03/2026 | 96 | STATUS REPORT by Yaroslav Kyrpych. (Kyrpych, Yaroslav) (Entered: 02/03/2026) |
| 02/09/2026 | 97 | SUMMONS Returned Executed Danielle E Czekanski served on 2/7/2026, answer due 3/2/2026. (Kyrpych, Yaroslav) (Entered: 02/09/2026) |
| 02/09/2026 | 98 | STATUS REPORT by Yaroslav Kyrpych. (Kyrpych, Yaroslav) (Entered: 02/09/2026) |
| 02/10/2026 | 99 | MOTION to Expedite *EMERGENCY MOTION for PRELIMINARY INJUNCTION and MOTION to COMPEL NORFOLK COUNTY DISTRICT ATTORNEY OFFICE to PRODUCE EVIDENCE* by Yaroslav Kyrpych.(Kyrpych, Yaroslav) (Entered: 02/10/2026) |

| | | |
|---|---|---|
| 02/10/2026 | 102 | Emergency MOTION An immediate Status Conference to address discovery disputes regarding the SAIN video and to set an expedited briefing schedule re 100 MOTION to Compel *NORFOLK COUNTY DISTRICT ATTORNEY OFFICE to PRODUCE EVIDENCE*, 99 MOTION to Expedite *EMERGENCY MOTION for PRELIMINARY INJUNCTION and MOTION to COMPEL NORFOLK COUNTY DISTRICT ATTORNEY OFFICE to PRODUCE EVIDENCE*, 101 Emergency MOTION for Preliminary Injunction by Yaroslav Kyrpych.(Kyrpych, Yaroslav) (Entered: 02/10/2026) |
| 02/13/2026 | 105 | NOTICE by Yaroslav Kyrpych re 102 Emergency MOTION An immediate Status Conference to address discovery disputes regarding the SAIN video and to set an expedited briefing schedule re 100 MOTION to Compel *NORFOLK COUNTY DISTRICT ATTORNEY OFFICE to PRODUCE EVIDENCE*, 99 *PLAINTIFFS UPDATED NOTICE OF INTENT TO RAISE ISSUES OF DISCOVERY FRAUD AND MATERIAL MISREPRESENTATIONS BY THE MASSACHUSETTS ATTORNEY GENERALS OFFICE* (Kyrpych, Yaroslav) (Entered: 02/13/2026) |
| 02/18/2026 | 108 | MOTION for Sanctions *FOR ADMONISHMENT OF ATTORNEY SCOTT DOUGLAS BURKE and NOTICE OF HIS NON−COMPLIANCE WITH LOCAL RULE 7.1* by Yaroslav Kyrpych. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Kyrpych, Yaroslav) (Entered: 02/18/2026) |
| 02/24/2026 | 111 | Opposition re 101 Emergency MOTION for Preliminary Injunction filed by Rachael Anne Sullivan. (Slean, Brendan) (Entered: 02/24/2026) |
| 02/26/2026 | 112 | Opposition re 108 MOTION for Sanctions *FOR ADMONISHMENT OF ATTORNEY SCOTT DOUGLAS BURKE and NOTICE OF HIS NON−COMPLIANCE WITH LOCAL RULE 7.1* filed by Kara Clifford Carey, Ryan Faenza Carey PC. (Burke, Scott) (Main Document 112 replaced on 2/27/2026) (MAC). (Additional attachment(s) added on 2/27/2026: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (MAC). **Modified on 2/27/2026 to separate exhibits and properly refile as separate attachments.** (MAC) (Entered: 02/26/2026) |
| 02/27/2026 | 113 | NOTICE re 112 **ELECTRONIC NOTICE TO COUNSEL:** In the future all exhibits should be separated and filed as separate attachments. Counsel is reminded to review the local rules and the attorney handbook when filing documents with the Court by accessing our web page, at www.mad.uscourts.gov under CM/ECF E−Filing. (MAC) (Entered: 02/27/2026) |
| 02/27/2026 | 116 | Opposition re 107 MOTION for Reconsideration re 95 Order on Motion for Discovery, filed by Meghan Honigman. (Long, Rebecca) (Entered: 02/27/2026) |
| 03/01/2026 | 117 | MOTION for JUDICIAL NOTICE of THE PROFESSIONAL LICENSURE STATUS of DEFENDANT MEGHAN HONIGMAN by Yaroslav Kyrpych. (Attachments: # 1 Exhibit 1. Meghan Honigman LCSW license, # 2 Exhibit 2. Meghan Honigman LICSW lic, # 3 Exhibit 3. Meghan Honigman deposition May 16, 2024, # 4 Exhibit 4. Email exchange between Meghan Honigman and Plaintiff dated September 15, 2023, # 5 Exhibit 6. 2022.11.12 Joint List of GAL for Court Consideration, # 6 Exhibit 7. 2022.11.16 Norfolk Probate and Family Court Appointment of GAL, # 7 Exhibit 8. GAL Honigman acceptance of appointment, # 8 Exhibit 9. GAL report excerpt pp.11−12, # 9 Exhibit 10. GAL report excerpt pp.65−66, # 10 Exhibit 11. GAL report excerpt pp.72−74, # 11 Exhibit 12. GAL report excerpt pp.74−77, # 12 Exhibit 13. GAL report excerpt pp.32−33, # 13 Exhibit |

| | | |
|---|---|---|
| | | 14. GAL report excerpt p. 38, # <u>14</u> Exhibit 15. GAL report excerpt pp. 58−59, # <u>15</u> Exhibit 16. GAL report excerpt p.5, # <u>16</u> Exhibit 17. GAL report excerpt p. 33, # <u>17</u> Exhibit 18. Ronna Dallal LICSW notes November 22, 2022, # <u>18</u> Exhibit 19. Ronna Dallal LICSW notes December 06, 2022, # <u>19</u> Exhibit 20. Ronna Dallal LICSW notes February 28, 2023, # <u>20</u> Exhibit 21. Ronna Dallal LICSW notes April 25, 2023, # <u>21</u> Exhibit 22. Ronna Dallal LICSW notes June 20, 2023)(Kyrpych, Yaroslav) (Entered: 03/01/2026) |
| 03/02/2026 | <u>119</u> | Opposition re <u>107</u> MOTION for Reconsideration re 95 Order on Motion for Discovery, filed by Bay State Community Services, Rachael Anne Sullivan. (Slean, Brendan) (Entered: 03/02/2026) |
| 03/07/2026 | <u>121</u> | MOTION to Seal Case by Cheryl Banks, Elise Marian Barry, Katheryn L Butterfield, Philip James Clossey, Alison C. Coleman−Hardy, Department of Children and Families, Azelene D. Edouarzin, Sandra E Fontecchio, Michelle F Frazer, Katelyn Marie Jay, Kristen Denise Kelly, Shannon McAnulty, Christine McMahon Cullinan, Norfolk County District Attorney Office, Lee Mumford Peterson, Laura A Rafael, Steven F. Ruscio.(Fressilli, Mathias) (Entered: 03/07/2026) |
| 03/07/2026 | <u>122</u> | MOTION for Order to Motion for Order to treat Dkt. #101 and #107 as unopposed due to the Commonwealth Defendants' default *and for Entry of Order* by Yaroslav Kyrpych. (Attachments: # <u>1</u> Supplement MEMORANDUM in SUPPORT MOTION for ENTRY of ORDER on UNOPPOSED MOTION for PRELIMINARY INJUNCTION (Dkt #101), # <u>2</u> Text of Proposed Order Proposed order to grant preliminary injunction)(Kyrpych, Yaroslav) (Entered: 03/07/2026) |
| 03/07/2026 | <u>123</u> | Opposition re <u>121</u> MOTION to Seal Case *and Strike Docket Entries* filed by Yaroslav Kyrpych. (Attachments: # <u>1</u> Exhibit 1. Email exchange between Plaintiff and MA AGO and agreement to comply dated February 19, 2026, # <u>2</u> Exhibit 2. Email agreement of Defendant Gannon dated February 19, 2026, # <u>3</u> Exhibit 3. Email exchange between Plaintiff and MA AGO dated March 6, 2026, # <u>4</u> Exhibit 4. Father's Affidavit dated August 16, 2021, # <u>5</u> Exhibit 5. Mother motion to impound dated September 9, 2021, # <u>6</u> Exhibit 6. Boston Goddess Public Use Statement)(Kyrpych, Yaroslav) (Entered: 03/07/2026) |
| 03/08/2026 | <u>124</u> | Supplemental MEMORANDUM in Opposition re <u>121</u> MOTION to Seal Case *and Strike Docket Entries (Exhibit 1 − State Court Judgment Directing Reunification)* filed by Yaroslav Kyrpych. (Attachments: # <u>1</u> Exhibit 1. Norfolk Probate and Family Court Judgement dated November 26, 2024 (Redacted))(Kyrpych, Yaroslav) (Entered: 03/08/2026) |
| 03/09/2026 | <u>125</u> | Opposition re <u>102</u> Emergency MOTION An immediate Status Conference to address discovery disputes regarding the SAIN video and to set an expedited briefing schedule re <u>100</u> MOTION to Compel *NORFOLK COUNTY DISTRICT ATTORNEY OFFICE to PRODUCE EVIDENCE*, <u>99</u> , <u>100</u> MOTION to Compel *NORFOLK COUNTY DISTRICT ATTORNEY OFFICE to PRODUCE EVIDENCE*, <u>99</u> MOTION to Expedite *EMERGENCY MOTION for PRELIMINARY INJUNCTION and MOTION to COMPEL NORFOLK COUNTY DISTRICT ATTORNEY OFFICE to PRODUCE EVIDENCE*, <u>101</u> Emergency MOTION for Preliminary Injunction filed by Cheryl Banks, Elise Marian Barry, Katheryn L Butterfield, Philip James Clossey, Alison C. Coleman−Hardy, Department of Children and Families, Azelene D. Edouarzin, Sandra E Fontecchio, Michelle F Frazer, Katelyn Marie Jay, Kristen Denise Kelly, Shannon McAnulty, Christine McMahon Cullinan, Norfolk County District Attorney Office, Lee Mumford Peterson, Laura A Rafael, Steven F. Ruscio. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Memorandum in Support of Commonwealth Defendants' Opposition to Request for PI)(Fressilli, Mathias) (Entered: 03/09/2026) |
| 03/10/2026 | 126 | REPLY to Response to 101 Emergency MOTION for Preliminary Injunction *to Commonwealth Defendants' Omnibus Opposition (Dkt. 125)* filed by Yaroslav Kyrpych. (Kyrpych, Yaroslav) (Entered: 03/10/2026) |
| 03/13/2026 | 127 | Opposition re 117 MOTION for JUDICIAL NOTICE of THE PROFESSIONAL LICENSURE STATUS of DEFENDANT MEGHAN HONIGMAN filed by Meghan Honigman. (Long, Rebecca) (Entered: 03/13/2026) |
| 03/14/2026 | 128 | MOTION Judicial Notice of State Court Records by Yaroslav Kyrpych. (Attachments: # 1 Supplement MEMORANDUM in SUPPORT of MOTION for JUDICIAL NOTICE of STRUCTURAL CONSTITUTIONAL DEPRIVATION: THE CODIFIED ADMISSION of JUDGE LEE M. PETERSON as AN AGENT of THE STATE and THE MALICIOUS SUBVERSION of NEUTRALITY through THE DE−FACTO DELEGATION of JUDICIAL AUTHORITY to THE NCDAO and DCF (FoF 49), # 2 Exhibit 1. May 13, 2024 Pre−Trial Court Hearing Transcript, # 3 Exhibit 2. Pre−Trial Memorandum dated May 13, 2024, # 4 Exhibit 3. Fs Opposition to Motion for Attorneys Fees (O'Malley) − with Exhibits dated May 21, 2024, # 5 Exhibit 4. Fathers motion to restore shared physical custody through supervised parenting time dated June 20, 2024, # 6 Exhibit 5. Norfolk Probate and Family Court Hearing transcript dated June 27, 2024, # 7 Exhibit 6. September 3, 2024 Trial Transcript)(Kyrpych, Yaroslav) (Entered: 03/14/2026) |
| 03/15/2026 | 129 | REPLY to Response to 117 MOTION for JUDICIAL NOTICE of THE PROFESSIONAL LICENSURE STATUS of DEFENDANT MEGHAN HONIGMAN *Reply to Response 127 to Motion for Judicial Notice 117* filed by Yaroslav Kyrpych. (Kyrpych, Yaroslav) (Entered: 03/15/2026) |
| 03/23/2026 | 130 | NOTICE by Yaroslav Kyrpych *STATUS REPORT REGARDING INTENT TO FILE THIRD AMENDED COMPLAINT* (Kyrpych, Yaroslav) (Entered: 03/23/2026) |
| 03/30/2026 | 131 | NOTICE by Yaroslav Kyrpych *Second STATUS REPORT REGARDING INTENT TO FILE THIRD AMENDED COMPLAINT* (Kyrpych, Yaroslav) (Entered: 03/30/2026) |
| 04/05/2026 | 132 | NOTICE by Yaroslav Kyrpych *THIRD STATUS REPORT REGARDING INTENT TO FILE THIRD AMENDED COMPLAINT* (Kyrpych, Yaroslav) (Entered: 04/05/2026) |
| 04/12/2026 | 133 | NOTICE by Yaroslav Kyrpych *FOURTH STATUS REPORT REGARDING INTENT TO FILE THIRD AMENDED COMPLAINT* (Kyrpych, Yaroslav) (Entered: 04/12/2026) |
| 04/17/2026 | 134 | NOTICE by Yaroslav Kyrpych *FIFTH STATUS REPORT REGARDING INTENT TO FILE THIRD AMENDED COMPLAINT* (Kyrpych, Yaroslav) (Entered: 04/17/2026) |
| 04/20/2026 | 135 | MOTION to Amend 79 Amended Complaint,, *for Leave to file Third* by Yaroslav Kyrpych. (Attachments: # 1 Exhibit Proposed Third Amended Complaint, # 2 Exhibit List of Exhibits, # 3 Exhibit 1.Docket report 21D0424DR Norfolk Probate and Family Court, # 4 Exhibit 2.Sandra Fontecchio deposition dated August 2, 2024, # 5 Exhibit 3.Walpole PD detective Taylor Bethoney deposition dated October 19, 2023, # 6 Exhibit 4.Shannon McAnulty deposition dated July 31, 2024, # 7 Exhibit 5.Kathleen Bockhorst deposition dated March 21, 2024, # 8 Exhibit 6.Carolyn P. Gannon deposition dated January 25, 2023, # 9 Exhibit 7.Carolyn P. Gannon |

| | | |
|---|---|---|
| | | deposition dated August 20, 2024, # 10 Exhibit 8.Dr. Steven Shapse deposition dated November 8, 2023, # 11 Exhibit 9.GAL Meghan Honigman deposition dated May 16, 2024, # 12 Exhibit 10.Brian Divasta deposition dated August 13, 2024)(Kyrpych, Yaroslav) (Entered: 04/20/2026) |
| 04/20/2026 | 136 | EXHIBIT re 135 MOTION to Amend 79 Amended Complaint,, *for Leave to file Third* by Yaroslav Kyrpych. (Attachments: # 1 Exhibit 11.Memorial school teacher Stefanie Elrick deposition dated June 2, 2023, # 2 Exhibit 12.Memorial school principal Melissa Bilsborough deposition dated June 2, 2023, # 3 Exhibit 13.Medfield after−school program (MAP) teacher Kathleen Pepin deposition dated June 1, 2023, # 4 Exhibit 14.Medfield after−school program (MAP) teacher Kimberly McKellick deposition dated June 1, 2023, # 5 Exhibit 15.RSM math teacher Elvira Zhurnevich deposition dated June 1, 2023, # 6 Exhibit 16.Next Generation Childrens Center assistant director Erin McLaughlin deposition dated May 18, 2023, # 7 Exhibit 17.St. Johns Nursery School teacher Siobhan Cullinan OMalley deposition dated May 18, 2023, # 8 Exhibit 18.St. Johns Nursery School teacher Siobhan Cullinan OMalley deposition dated May 20, 2024, # 9 Exhibit 19.UMass Memorial Health Dr. Sasha Svendsen deposition dated April 5, 2024, # 10 Exhibit 20.November 7, 2022 Family court hearing transcript)(Kyrpych, Yaroslav) (Entered: 04/20/2026) |
| 04/20/2026 | 137 | EXHIBIT re 135 MOTION to Amend 79 Amended Complaint,, *for Leave to file Third* by Yaroslav Kyrpych. (Attachments: # 1 Exhibit 21.March 22, 2023 Family court hearing transcript, # 2 Exhibit 22.April 6, 2023 Family court hearing transcript, # 3 Exhibit 23.July 5, 2023 Family court hearing transcript, # 4 Exhibit 24.September 6, 2023 Family court hearing transcript, # 5 Exhibit 25.April 4, 2024 Family court hearing transcript, # 6 Exhibit 26.May 13, 2024 Family court hearing transcript, # 7 Exhibit 27.June 27, 2024 Family court hearing transcript, # 8 Exhibit 28.July 17, 2024 Family court hearing transcript, # 9 Exhibit 29.September 3, 2024 Family Court Trial, Day 1, # 10 Exhibit 30.September 5, 2024 Family Court Trial, Day 2, # 11 Exhibit 31.September 6, 2024 Family Court Trial, Day 3, # 12 Exhibit 32.October 10, 2024 Family Court Trial, Day 4, # 13 Exhibit 33.November 1, 2024 Family Court Trial, Day 5, # 14 Exhibit 34.April 30, 2025 Family court hearing transcript, # 15 Exhibit 35.July 30, 2025 Family court hearing transcript, # 16 Exhibit 36.October 15, 2025 Family court hearing transcript, # 17 Exhibit 37.November 5, 2025 Family court hearing transcript, # 18 Exhibit 38.November 26, 2025 Family court hearing transcript, # 19 Exhibit 39.January 20, 2026 Family court hearing transcript, # 20 Exhibit 40.April 16, 2026 Family court hearing transcript)(Kyrpych, Yaroslav) (Entered: 04/20/2026) |
| 04/20/2026 | 138 | EXHIBIT re 135 MOTION to Amend 79 Amended Complaint,, *for Leave to file Third* by Yaroslav Kyrpych. (Attachments: # 1 Exhibit 41.Norfolk Probate and Family Court Procedural history, findings of fact, rationale dated November 26, 2024, # 2 Exhibit 42.Judgment of Modification dated November 26, 2024, # 3 Exhibit 42.Judgment of Modification dated November 26, 2024, # 4 Exhibit 44.Carolyn P. Gannons witness list and proposed exhibits dated August 20, 2024, # 5 Exhibit 70.Omnibus Opposition by Ryan Faenza Carey (signed by Andrew Wesley Sparks) on behalf of Carolyn Gannon Kyrpych dated August 29, 2023, # 6 Exhibit 72.Norfolk DA Office Memorandum in Opposition to release of SAIN interviews dated September 5, 2023, # 7 Exhibit 74.Norfolk Probate and Family Court orders dated September 6, 2023, # 8 Exhibit 75.Norfolk Probate and Family Court orders dated July 5, 2023, # 9 Exhibit 76.Norfolk Probate and Family Court order dated April 6, 2023, # 10 Exhibit 78.Abuse prevention order 23R0036AB dated April 6, 2023 and application for it, # 11 Exhibit 81.Norfolk Probate and Family Court order |

| | | |
|---|---|---|
| | | suspending parental time, dated March 14, 2023, # 12 Exhibit 84.Norfolk Probate and Family Court order dated November 15, 2022, # 13 Exhibit 85.Wrentham District Court Findings dated September 15, 2023, Motions and Affidavit, Transcript, # 14 Exhibit 86.Wrentham District Court Findings dated October 2, 2023, Motions and Affidavit, NCDAO Response, # 15 Exhibit 87.Wrentham District Court Search Warrant 2357SW92 dated March 24, 2023, # 16 Exhibit 88.Wrentham District Court Search Warrant 2357SW104 dated April 4, 2023, # 17 Exhibit 90.Massachusetts State Police subpoena response dated December 22, 2023, # 18 Exhibit 91.Walpole PD report 21WAL−642−OF dated May 9, 2021, # 19 Exhibit 92.Walpole PD report 22WAL−1445−OF dated October 25, 2022, # 20 Exhibit 93.Walpole PD report 23WAL−37−OF dated January 9, 2023, # 21 Exhibit 94.Walpole PD report 23WAL−287−OF dated March 2, 2023, # 22 Exhibit 95.Walpole PD report 23WAL−341−OF dated March 15, 2023, # 23 Exhibit 96.Walpole PD report 23WAL−341−OF Attachment Carolyn Gannon hand−written statements to police, # 24 Exhibit 97.Walpole PD report 23WAL−1091−OF dated August 8, 2023, # 25 Exhibit 98.Medfield PD report 23−117−OF dated March 11, 2023)(Kyrpych, Yaroslav) (Entered: 04/20/2026) |
| 04/20/2026 | 139 | EXHIBIT re 135 MOTION to Amend 79 Amended Complaint,, *for Leave to file Third* by Yaroslav Kyrpych. (Attachments: # 1 Exhibit 99.Dr. John Eustace report dated May 5, 2024, # 2 Exhibit 101.Carolyn P. Gannons psychological evaluation by Dr. Steven Shapse dated May 4, 2023, # 3 Exhibit 102.Plaintiffs psychological evaluation by Dr. Steven Shapse dated May 5, 2023, # 4 Exhibit 103.Fathers letter to DCF Waltham area and Norfolk County DA sharing Dr. Shapse reports date July 10, 2023, # 5 Exhibit 104.Dr. Steven Shapse email to Meghan Honigman dated 5/5/2023, # 6 Exhibit 105.GAL report by Meghan Honigman, SD Family Services Inc, dated October 5, 2023, # 7 Exhibit 124.Letter to DCF Fair Hearing Unit regarding continuance of Fair Hearing dated December 11, 2024, # 8 Exhibit 125.Subpoena issued to Norfolk County District Attorneys Office to produce SAIN interview videos dated December 12, 2024, # 9 Exhibit 126.Fathers letter to DCF dated August 14, 2024, # 10 Exhibit 127.Fathers letter to DCF dated April 19, 2024, # 11 Exhibit 128.Email exchange with DCF Director of Fair Hearing dated March 20, 2024, # 12 Exhibit 129.DCF Fair Hearing Unit discovery order dated January 31, 2024, # 13 Exhibit 130.DCF Fair Hearing Stay letter dated May 15, 2023, # 14 Exhibit 131.Initial DCF Fair Hearing request dated April 5, 2023)(Kyrpych, Yaroslav) (Entered: 04/20/2026) |
| 04/20/2026 | 140 | EXHIBIT re 135 MOTION to Amend 79 Amended Complaint,, *for Leave to file Third* by Yaroslav Kyrpych. (Attachments: # 1 Exhibit 137.DCF worker Axel A. Rivera 51B report dated November 17, 2022, # 2 Exhibit 138.DCF worker Elise M. Barry 51B report dated February 8, 2023, # 3 Exhibit 139.DCF worker Shannon McAnulty 51B report dated April 5, 2023, # 4 Exhibit 140.DCF worker Danielle E. Czekanski 51B report dated June 22, 2023, # 5 Exhibit 141.Alison Gilmore 51A report dated October 20, 2022, # 6 Exhibit 144.Father 51A report dated January 6, 2023, # 7 Exhibit 145.Memorial school guidance counselor Kathleen Bockhorst 51A report dated January 11, 2023, # 8 Exhibit 146.Memorial school guidance counselor Kathleen Bockhorst 51A report dated January 12, 2023, # 9 Exhibit 147.PCP Kristen M. Perras 51A report dated January 16, 2023, # 10 Exhibit 148.Father 51A report dated January 19, 2023, # 11 Exhibit 149.DCF worker Sandra Fontecchio 51A report dated February 24, 2023, # 12 Exhibit 150.Memorial school principal Melissa Bilsborough 51A report dated March 1, 2023, # 13 Exhibit 151.Daniel J Wendler 51A report dated March 11, 2023, # 14 Exhibit 152.Medfield PD 51A report dated |

| | | |
|---|---|---|
| | | March 11, 2023, # 15 Exhibit 153.DCF worker Sandra Fontecchio 51A report dated March 13, 2023, # 16 Exhibit 167.DCF case dictation notes 2023, # 17 Exhibit 168.DCF Family Action Plan dated December 20, 2023, # 18 Exhibit 169.DCF Family Assessment dated December 20, 2023)(Kyrpych, Yaroslav) (Entered: 04/20/2026) |
| 04/20/2026 | 141 | EXHIBIT re 135 MOTION to Amend 79 Amended Complaint,, *for Leave to file Third* by Yaroslav Kyrpych. (Attachments: # 1 Exhibit 170.Sandra Fontecchio license LSWA 414173, # 2 Exhibit 171.Axel Rivera license LSWA 415933, # 3 Exhibit 172.Alison C Coleman−Hardy license LICSW 114522, # 4 Exhibit 173.Azelene D Edouarzin license LICSW 117680, # 5 Exhibit 174.Cheryl Banks license LSW 3028157, # 6 Exhibit 175.Danielle E Czekanski license LSWA 414160, # 7 Exhibit 176.Elise Marian Sullivan license LSW 315201, # 8 Exhibit 177.Katheryn L Butterfield license LICSW 120201, # 9 Exhibit 178.Laura A Rafael license LCSW 218541, # 10 Exhibit 179.Michelle F Frazer license LSWA 413870, # 11 Exhibit 180.Shannon McAnulty license LSWA 416619, # 12 Exhibit 181.Steven F Ruscio license LSWA 414333, # 13 Exhibit 182.Meghan S Honigman license LCSW 215646, # 14 Exhibit 183.Meghan S Honigman license LICSW 116828, # 15 Exhibit 184.Lee M Peterson license LCSW 2026632, # 16 Exhibit 185.Lee M Peterson license LICSW 1030870)(Kyrpych, Yaroslav) (Entered: 04/20/2026) |
| 04/21/2026 | 142 | EXHIBIT re 135 MOTION to Amend 79 Amended Complaint,, *for Leave to file Third* by Yaroslav Kyrpych. (Attachments: # 1 Exhibit 132.Fathers email (first follow−up) to DCF Mary Munroe dated April 13, 2023, # 2 Exhibit 133.Fathers email to DCF Mary Munroe dated April 5, 2023, # 3 Exhibit 134.Fathers email (second follow−up) to DCF Mary Munroe dated April 5, 2023, # 4 Exhibit 135.Fathers email (first follow−up) to DCF Mary Munroe dated March 14, 2023, # 5 Exhibit 136.Fathers email to DCF Mary Munroe dated February 14, 2023, # 6 Exhibit 142.Father 51A report dated October 21, 2022, # 7 Exhibit 143.51A report dated October 25, 2022, # 8 Exhibit 154.Detective Taylor Bethoney Walpole PD 51A report dated April 28, 2023, # 9 Exhibit 155.Carolyn P. Gannon 51A report dated May 4, 2023, # 10 Exhibit 156.Rachael Downey Sullivan 51A report dated May 5, 2023, # 11 Exhibit 157.Rachael Downey Sullivan 51A report dated May 15, 2023, # 12 Exhibit 158.Donna Gannon 51A report dated June 14, 2023, # 13 Exhibit 159.Anne Murphy 51A report dated June 14, 2023, # 14 Exhibit 160.Rachael Downey Sullivan 51A report dated June 14, 2023, # 15 Exhibit 161.Carolyn P. Gannon 51A report dated July 2, 2023, # 16 Exhibit 162.DCF worker Sandra Fontecchio 51A report dated July 3, 2023, # 17 Exhibit 163.Rachael Downey Sullivan 51A report dated July 7, 2023, # 18 Exhibit 164.NP Matthew Peculis 51A report dated July 10, 2023, # 19 Exhibit 165.Nobles Day Camp 51A dated August 4, 2023, # 20 Exhibit 166.Donna Madoff 51A report dated August 10, 2023)(Kyrpych, Yaroslav) (Entered: 04/21/2026) |
| 04/21/2026 | 143 | EXHIBIT re 135 MOTION to Amend 79 Amended Complaint,, *for Leave to file Third* by Yaroslav Kyrpych. (Attachments: # 1 Exhibit 206.Transcript of Mothers conversation with Younger Daughter dated January 8, 2023, video BS 2144, # 2 Exhibit 207.Transcript of Mothers conversation with Older Daughter dated January 12, 2023, video BS 2147, # 3 Exhibit 208.Transcript of Mothers conversation with Older Daughter dated January 12, 2023, video BS 2149, # 4 Exhibit 209.Transcript of Mothers conversation with Older Daughter dated January 16, 2023, video BS 2157, # 5 Exhibit 210.Transcript of Mothers conversation with Older Daughter dated March 12, 2023, video BS 2172)(Kyrpych, Yaroslav) (Entered: 04/21/2026) |

| | | |
|---|---|---|
| 04/21/2026 | 144 | EXHIBIT re 135 MOTION to Amend 79 Amended Complaint,, *for Leave to file Third* by Yaroslav Kyrpych. (Attachments: # 1 Exhibit 211.2023.01.03 Newton−Wellesley Hospital ER psychiatric evaluation of Older Daughter, # 2 Exhibit 212.2023.03.11 Newton−Wellesley Hospital ER psychiatric evaluation of Older Daughter, # 3 Exhibit 216.PCP Kristen Perras medical notes dated December 5, 2022, # 4 Exhibit 232.PCP Kristen Perras medical notes dated May 26, 2023 Milford Regional Physicians Group conversation with Sandra Fontecchio, # 5 Exhibit 233.PCP Kristen Perras medical notes dated June 6, 2023 Milford Regional Physicians Group, # 6 Exhibit 237.UMass Memorial Health, Pediatric Protection Clinic notes dated May 10, 2023, Older daughter evaluation by Dr. Sasha Svendsen, # 7 Exhibit 238.UMass Memorial Health, Child Protection Program Clinic notes dated May 10, 2023, Younger daughter evaluation by Dr. Sasha Svendsen, # 8 Exhibit 260.Newton−Wellesley Hospital medical records dated November 2−3, 2025)(Kyrpych, Yaroslav) (Entered: 04/21/2026) |
| 04/22/2026 | 145 | EXHIBIT re 135 MOTION to Amend 79 Amended Complaint,, *for Leave to file Third* by Yaroslav Kyrpych. (Attachments: # 1 Exhibit 239.Matthew Peculis nurse prescriber progress notes, # 2 Exhibit 240.Ronna Dallal, LICSW therapist progress notes)(Kyrpych, Yaroslav) (Entered: 04/22/2026) |
| 04/22/2026 | 146 | EXHIBIT re 135 MOTION to Amend 79 Amended Complaint,, *for Leave to file Third* by Yaroslav Kyrpych. (Attachments: # 1 Exhibit 50.Fathers motion to add trial dates dated August 2, 2024, # 2 Exhibit 107.GAL Honigman email asking both Plaintiff and Defendant Gannon to go through psychological evaluation dated January 23, 2023, # 3 Exhibit 108.Carolyn P. Gannons interview with GAL Meghan Honigman dated January 26, 2023, # 4 Exhibit 110.Carolyn P. Gannons email to GAL regarding DCF involvement dated March 13, 2023, # 5 Exhibit 112.GAL notes phone call with Sandra Fontecchio dated May 22, 2023, # 6 Exhibit 113.Fathers email to GAL describing Carolyn P. Gannons psychotropic medications dated February 28, 2023, # 7 Exhibit 114.Attachment page 81 to Fathers email to GAL describing Carolyn P. Gannons psychotropic medications dated February 28, 2023, # 8 Exhibit 115.Email exchange between Fathers and Carolyn P. Gannons attorney regarding proposed GALs dated November 10−12, 2022, # 9 Exhibit 116.Joint list of GAL for Courts consideration dated November 14, 2022, # 10 Exhibit 117.Judge Petersons order to appoint GAL Honigman and establishing her mandate dated November 16, 2022, # 11 Exhibit 118.GAL Honigman acceptance of GAL appointment dated December 12, 2022, # 12 Exhibit 193.Carolyn P. Gannon text messages with Brian Divasta)(Kyrpych, Yaroslav) (Entered: 04/22/2026) |
| 04/23/2026 | 147 | EXHIBIT re 135 MOTION to Amend 79 Amended Complaint,, *for Leave to file Third* by Yaroslav Kyrpych. (Attachments: # 1 Exhibit 100.Court order dated February 16, 2023 approving joint motion to appoint Dr. Shapse to do psychological evaluation of both Plaintiff and Defendant Gannon dated February 9, 2023, # 2 Exhibit 109.Carolyn P. Gannons email to GAL with list of allegations against Father dated March 2, 2023, # 3 Exhibit 111.GAL Meghan Honigman email exchange with Carolyn P. Gannon regarding reaching out to ADA Katelyn Jay dated August 9 and 10, 2023, # 4 Exhibit 119.Fathers exchange with Norfolk DA ADAs dated September 5 − October 18, 2023, # 5 Exhibit 120.DCF Fair Hearing Unit discovery order dated January 31, 2024, # 6 Exhibit 121.Fathers letter to DCF dated March 19, 2025, # 7 Exhibit 122.DCFs response to Father letter dated March 20, 2025, # 8 Exhibit 123.DCF letter dated February 28, 2025 stating MA State AG office objects to release of SAIN videos, # 9 Exhibit 188.Alison Gilmore notes dated February 10, 2022, # 10 Exhibit 189.Alison Gilmore notes dated June 1, 2022, # 11 Exhibit |

| | | |
|---|---|---|
| | | 190.Alison Gilmore notes dated August 1, 2022, # 12 Exhibit 191.Alison Gilmore notes dated November 3, 2022, # 13 Exhibit 192.Alison Gilmore notes dated November 10, 2022, # 14 Exhibit 194.2023.01.05 Kathleen Bockhorst email about Older Daughter disclosures after meeting on January 4, 2023, # 15 Exhibit 195.2023.01.11 Kathleen Bockhorst email about Older Daughter disclosures after meeting on January 11, 2023, # 16 Exhibit 196.2023.01.18 Kathleen Bockhorst email about Older Daughter disclosures after meeting on January 18, 2023, # 17 Exhibit 197.2023.01.30 Kathleen Bockhorst email about Older Daughter disclosures after meeting on January 30, 2023, # 18 Exhibit 256.Plaintiffs email exchange with ADA Anne Yas on August 18, 2023)(Kyrpych, Yaroslav) (Entered: 04/23/2026) |
| 04/23/2026 | 148 | EXHIBIT re 135 MOTION to Amend 79 Amended Complaint,, *for Leave to file Third* by Yaroslav Kyrpych. (Attachments: # 1 Exhibit 198.Our Family Wizard email exchange between Carolyn P. Gannon and Father dated October 16, 2022, # 2 Exhibit 199.Our Family Wizard email exchange between Carolyn P. Gannon and Father dated October 20, 2022, # 3 Exhibit 200.Our Family Wizard email exchange between Carolyn P. Gannon and Father dated November 23, 2022, # 4 Exhibit 201.Our Family Wizard email exchange between Carolyn P. Gannon and Father dated November 27, 2022, # 5 Exhibit 202.Our Family Wizard email exchange between Carolyn P. Gannon and Father dated January 19, 2023 regarding locking up Older Daughter on January 16, 2023 following PCP visit, # 6 Exhibit 203.Our Family Wizard email exchange between Carolyn P. Gannon and Father dated January 20, 2023, # 7 Exhibit 204.Our Family Wizard email exchange between Carolyn P. Gannon and Father dated March 3, 2023, # 8 Exhibit 205.Our Family Wizard email exchange between Carolyn P. Gannon and Father dated March 8, 2023)(Kyrpych, Yaroslav) (Entered: 04/23/2026) |
| 04/23/2026 | 149 | EXHIBIT re 135 MOTION to Amend 79 Amended Complaint,, *for Leave to file Third* by Yaroslav Kyrpych. (Attachments: # 1 Exhibit 213.Medical notes from Mass General Brigham Foxborough Urgent Care broken wrist of older daughter, dated January 12, 2023, # 2 Exhibit 214.Medical notes from Mass General Brigham Foxborough Urgent Care sprained finger of older daughter, dated February 28, 2023, # 3 Exhibit 215.PCP Kristen Perras medical notes dated December 2, 2022, # 4 Exhibit 217.PCP Kristen Perras medical notes dated January 2, 2023, # 5 Exhibit 218.PCP Kristen Perras medical notes dated January 4, 2023 Carolyn P. Gannons call to PCP office, # 6 Exhibit 219.PCP Kristen Perras medical notes dated January 4, 2023 it took Older daughter long time to open up, # 7 Exhibit 220.PCP Kristen Perras medical notes dated January 6, 2023, # 8 Exhibit 221.PCP Kristen Perras medical notes dated January 8, 2023, # 9 Exhibit 222.PCP Kristen Perras medical notes dated January 11, 2023, # 10 Exhibit 223.PCP Kristen Perras medical notes dated January 16, 2023, # 11 Exhibit 224.PCP Kristen Perras medical notes dated January 27, 2023, # 12 Exhibit 225.PCP Kristen Perras medical notes dated March 13, 2023, # 13 Exhibit 226.PCP Kristen Perras medical notes dated March 21, 2023, # 14 Exhibit 227.PCP Kristen Perras medical notes dated April 19, 2023 Milford Regional Physicians Group phone call between Carolyn P. Gannon and nurse Melanie MacLeod regarding Older daughter, # 15 Exhibit 228.PCP Kristen Perras medical notes dated April 19, 2023 Milford Regional Physicians Group phone call between Carolyn P. Gannon and nurse Melanie MacLeod regarding Younger daughter, # 16 Exhibit 229.PCP Kristen Perras medical notes dated April 24, 2023, # 17 Exhibit 230.PCP Kristen Perras medical notes dated May 3, 2023, # 18 Exhibit 231.PCP Kristen Perras medical notes dated May 8, 2023, # 19 Exhibit 234.PCP Kristen Perras medical notes dated July 3 and 5, 2023 Milford Regional Physicians Group, # 20 |

| | | |
|---|---|---|
| | | Exhibit 235.Allegations provided by Carolyn P. Gannon to school guidance counselor Kathleen Bockhorst on March 1, 2023)(Kyrpych, Yaroslav) (Entered: 04/23/2026) |
| 04/24/2026 | 150 | EXHIBIT re 135 MOTION to Amend 79 Amended Complaint,, *for Leave to file Third* by Yaroslav Kyrpych. (Attachments: # 1 Exhibit 236.Memorial school guidance counselor Kathleen Bockhorst notes from weekly sessions with Older daughter, # 2 Exhibit 241.Fathers requested for production of documents dated April 4, 2024, # 3 Exhibit 242.Elise M. Barry criminal case 432−2016−CR−02916, # 4 Exhibit 243.Elise M. Barry Durham PD report 16DUR−317−AR, # 5 Exhibit 244.Fathers emaill to Elise M. Barry re Brian Divasta dated January 26, 2023, # 6 Exhibit 245.Fathers email to Elise M. Barry re therapist situation for Older daughter dated January 26, 2023, # 7 Exhibit 246.Fathers email to Elise M. Barry re Alison Gilmore therapy notes dated January 26, 2023, # 8 Exhibit 247.Fathers email to Elise M. Barry re cancelled appointments dated January 27, 2023, # 9 Exhibit 248.Fathers email to Elise M. Barry re Carolyn influencing PCP Perras dated January 29, 2023, # 10 Exhibit 249.Fathers email to Elise M. Barry re Younger Daughters force−painted nails dated January 29, 2023, # 11 Exhibit 250.Fathers email to Elise M. Barry re concerns about children safety dated January 29, 2023, # 12 Exhibit 251.Fathers email to Elise M. Barry re Older Daughters cast pictures dated January 29, 2023, # 13 Exhibit 252.Fathers email to Elise M. Barry re Carolyn hitting Older Daughter on January 29 dated January 30, 2023, # 14 Exhibit 253.Fathers email to Elise M. Barry re follow−up on Carolyn hitting Older Daughter dated January 31, 2023, # 15 Exhibit 254.Fathers email to Elise M. Barry re Carolyn calling police on Plaintiff dated February 1, 2023, # 16 Exhibit 255.Discovery master order to allow Boston Healthcare Inc (BHI) records dated June 28, 2024)(Kyrpych, Yaroslav) (Entered: 04/24/2026) |
| 04/26/2026 | 151 | EXHIBIT re 135 MOTION to Amend 79 Amended Complaint,, *for Leave to file Third* by Yaroslav Kyrpych. (Attachments: # 1 Exhibit 45.Mothers Opposition to Fathers Emergency Motion and Emergency Temporary Injunction dated November 25, 2025, # 2 Exhibit 46.Fathers Emergency Temporary Injunction to Mothers Request to Treat Older Daughter with Psychotropic Medication at Boston Childrens Hospital Franciscan CBAT dated November 21, 2025, # 3 Exhibit 47.Fathers Emergency Motion to Have Independent Forensic Evaluation of Older Daughter by Psychologist or Psychiatrist dated November 12, 2025, # 4 Exhibit 48.Mothers motion to Stop Reunification dated April 28, 2025 and supporting affidavit, # 5 Exhibit 49.Mothers motion to increase child support dated April 28, 2025)(Kyrpych, Yaroslav) (Entered: 04/26/2026) |
| 04/26/2026 | 152 | EXHIBIT re 135 MOTION to Amend 79 Amended Complaint,, *for Leave to file Third* by Yaroslav Kyrpych. (Attachments: # 1 Exhibit 56.Drug, alcohol testing order dated May 13, 2024)(Kyrpych, Yaroslav) (Entered: 04/26/2026) |
| 04/26/2026 | 153 | EXHIBIT re 135 MOTION to Amend 79 Amended Complaint,, *for Leave to file Third* by Yaroslav Kyrpych. (Attachments: # 1 Exhibit 52.Norfolk Probate and Family Court order dated June 27, 2024, # 2 Exhibit 53.Fathers motion to restore physical custody through supervised parenting time visit dated June 20, 2024, # 3 Exhibit 54.Fathers Opposition to motion for attorneys fees of third−party witness dated May 21, 2024, # 4 Exhibit 55.Norfolk Probate and Family Court orders dated May 13, 2024, # 5 Exhibit 57.Fathers pre−trial memorandum dated May 13, 2024, # 6 Exhibit 58.Fathers Opposition to Plaintiffs motion to quash Boston Healthcare, Inc. subpoena response dated May 10, 2024, # 7 Exhibit 59.Carolyn P. Gannons motion |

| | | |
|---|---|---|
| | | to quash Boston Healthcare Inc (BHI) records dated April 24, 2024, # 8 Exhibit 60.Norfolk Probate and Family Ex−parte Court order dated April 24, 2024, # 9 Exhibit 61.Plaintiffs motion to vacate order extending abuse prevention order dated April 4, 2024 dated May 10, 2024, # 10 Exhibit 62.Exhibit A to Plaintiffs motion to vacate dated May 10, 2024, # 11 Exhibit 63.Exhibit B to Plaintiffs motion to vacate dated May 10, 2024, # 12 Exhibit 64.Exhibit C to Plaintiffs motion to vacate dated May 10, 2024)(Kyrpych, Yaroslav) (Entered: 04/26/2026) |
| 04/26/2026 | 154 | EXHIBIT re 135 MOTION to Amend 79 Amended Complaint,, *for Leave to file Third* by Yaroslav Kyrpych. (Attachments: # 1 Exhibit 66.Norfolk Probate and Family Court Order dated March 11, 2024, # 2 Exhibit 67.Fathers opposition to Mothers motion for relief dated February 14, 2024 dated February 28, 2024, # 3 Exhibit 68. Fathers motion to vacate Court order dated March 11, 2024 dated April 11, 2024, # 4 Exhibit 69.Fathers motion to release SAIN video dated June 27, 2023, # 5 Exhibit 71.Fathers Opposition dated December 7, 2022 to Mothers Motion for Relief from TO dated November 15, 2022, # 6 Exhibit 73.Norfolk Probate and Family Court orders dated October 15, 2025, # 7 Exhibit 77.Abuse prevention order 22R0092AB dated October 24, 2022, # 8 Exhibit 79.Abuse prevention order 24R0036AB dated April 4, 2024 and denial on May 13, 2024, # 9 Exhibit 80.Abuse prevention order 25R0038AB dated April 30, 2025, # 10 Exhibit 82.Affidavit in support of Motion to suspend Plaintiffs parental time dated March 14, 2023, # 11 Exhibit 83.DCF testimony consent dated March 14, 2023, # 12 Exhibit 89.Abuse prevention order obtained by Donna Gannon at Wrentham District Court on April 21, 2023)(Kyrpych, Yaroslav) (Entered: 04/26/2026) |
| 04/26/2026 | 155 | EXHIBIT re 135 MOTION to Amend 79 Amended Complaint,, *for Leave to file Third* by Yaroslav Kyrpych. (Attachments: # 1 Exhibit 257.Fathers letter to Norfolk County DA and Walpole PD detective Taylor Bethoney dated August 31, 2023 and confirmation of delivery on September 1, 2023, # 2 Exhibit 258.PCP Kristen Perras notes about older daughters KUB scan and forceful cleanup on January 25, 2024, # 3 Exhibit 259.Medical notes from Mass General Brigham Foxborough Urgent Care injured finger of older daughter, dated June 10, 2024, # 4 Exhibit 261.Dr. Ted Cunliffe second consultation report dated November 13, 2025, # 5 Exhibit 262.Siobhan Cullinan OMalley letter to DCF dated October 26, 2022, # 6 Exhibit 263.Attested Brian Divasta criminal docket 1449CR001318 Framingham District Court, # 7 Exhibit 264.Attested Brian Divasta criminal docket 1449CR001318 report Framingham District Court, # 8 Exhibit 265.Attested Wrentham District Court Findings dated September 15, 2023 for Search Warrant 2357SW92 dated March 24, 2023, # 9 Exhibit 266.Attested Wrentham District Court Search Warrant 2357SW92 and Application dated March 24, 2023, # 10 Exhibit 267.Attested Wrentham District Court Search Warrant 2357SW92 Affidavit and Attachments dated March 24, 2023, # 11 Exhibit 268.Attested Wrentham District Court Findings dated October 2, 2023 for Search Warrant 2357SW104 dated April 4, 2023, # 12 Exhibit 269.Attested Wrentham District Court Search Warrant 2357SW104 and Application dated April 4, 2023, # 13 Exhibit 270.Attested Wrentham District Court Search Warrant 2357SW104 Affidavit and Attachments dated April 4, 2023)(Kyrpych, Yaroslav) (Entered: 04/26/2026) |
| 04/30/2026 | 156 | EXHIBIT re 135 MOTION to Amend 79 Amended Complaint,, *for Leave to file Third* by Yaroslav Kyrpych. (Attachments: # 1 Exhibit 51.Discovery Marter Findings and Order dated June 28, 2024 (Duplicate See 255), # 2 Exhibit 65.Fathers requested for production of documents dated April 4, 2024 (Duplicate See 241), # 3 Exhibit 106.GAL notes phone call with Sandra Fontecchio dated May 22, 2023 (Duplicate |

| | | |
|---|---|---|
| | | See 112), # 4 Exhibit 186.Older daughter visit to Newton Wellesley Hospital ER medical notes dated March 11, 2023 (Duplicate See 212), # 5 Exhibit 187.Older daughter visit to Newton Wellesley Hospital ER medical notes dated January 3, 2023 (Duplicate See 211))(Kyrpych, Yaroslav) (Entered: 04/30/2026) |
| 04/30/2026 | 157 | MEMORANDUM in Support re 135 MOTION to Amend 79 Amended Complaint,, *for Leave to file Third Amended Complaint* filed by Yaroslav Kyrpych. (Kyrpych, Yaroslav) (Entered: 04/30/2026) |
| 05/04/2026 | 158 | Opposition re 135 MOTION to Amend 79 Amended Complaint,, *for Leave to file Third* filed by Bay State Community Services, Rachael Anne Sullivan. (Slean, Brendan) (Entered: 05/04/2026) |
| 05/05/2026 | 159 | REPLY to Response to 135 MOTION to Amend 79 Amended Complaint,, *for Leave to file Third REPLY to Response to 135 MOTION to Amend 79 Amended Complaint, Third to Bay State Defendants Opposition [Dkt. 158]* filed by Yaroslav Kyrpych. (Kyrpych, Yaroslav) (Entered: 05/05/2026) |
| 05/07/2026 | 160 | Notice of Supplemental Authorities re 135 MOTION to Amend 79 Amended Complaint,, *for Leave to file Third AMENDED COMPLAINT (Dkt 135), IN SUPPORT OF,* (Kyrpych, Yaroslav) (Entered: 05/07/2026) |
| 05/11/2026 | 161 | Opposition re 135 MOTION to Amend 79 Amended Complaint,, *for Leave to file Third* filed by Meghan Honigman. (Koufman, Victor) (Entered: 05/11/2026) |
| 05/17/2026 | 162 | REPLY to Response to 135 MOTION to Amend 79 Amended Complaint,, *for Leave to file Third Amended Complaint* filed by Yaroslav Kyrpych. (Attachments: # 1 Exhibit 1. UMass Memorial Health, Pediatric Protection Clinic notes dated May 10, 2023, Older daughter evaluation by Dr. Sasha Svendsen obtained by GAL Honigman in July 2023)(Kyrpych, Yaroslav) (Entered: 05/17/2026) |
| 05/20/2026 | 163 | Opposition re 135 MOTION to Amend 79 Amended Complaint,, *for Leave to file Third* filed by Cheryl Banks, Katheryn L Butterfield, Philip James Clossey, Alison C. Coleman−Hardy, Department of Children and Families, Azelene D. Edouarzin, Sandra E Fontecchio, Michelle F Frazer, Katelyn Marie Jay, Kristen Denise Kelly, Shannon McAnulty, Christine McMahon Cullinan, Norfolk County District Attorney Office, Lee Mumford Peterson, Laura A Rafael, Steven F. Ruscio, Rachael Anne Sullivan. (Fressilli, Mathias) (Entered: 05/20/2026) |
| 05/23/2026 | 164 | REPLY to Response to 135 MOTION to Amend 79 Amended Complaint,, *for Leave to file Third Amended Complaint* filed by Yaroslav Kyrpych. (Kyrpych, Yaroslav) (Entered: 05/23/2026) |
| 05/26/2026 | 165 | MOTION for Leave to File *Supplemental Complaint to Third Amended Complaint* by Yaroslav Kyrpych. (Attachments: # 1 Supplement Plaintiffs SUPPLEMENT COMPLAINT TO THE THIRD AMENDMENDED COMPLAINT (Dkt 135) Pursuant to Fed. R. Civ. P. 15(d), # 2 Plaintiffs MEMORANDUM of LAW in SUPPORT of SUPPLEMENTAL COMPLAINT to THIRD AMENDED COMPLAINT (Dkt 135), # 3 Exhibit List of Exhibits to Supplemental Complaint to TAC (Dkt 135), # 4 Exhibit 1.Exhibit 1: Appellee Brief dated December 29, 2025, # 5 Exhibit 2.Exhibit 2: Record Appendix, # 6 Exhibit 3.Exhibit 3: Rule 16(l) letter dated May 7, 2026, # 7 Exhibit 4.Exhibit 4: May 6, 2026 Massachusetts Appellate Court Hearing, oral arguments, # 8 Exhibit 5.Exhibit 5: Quitclaim Deed, 9 Pheasant Hill Street, Westwood, MA (Acquisition), May 7, 2010, # 9 Exhibit 6.Exhibit 6: Residential Mortgage Instrument, 9 Pheasant Hill Street, May 14, 2010, # 10 Exhibit |

| | | |
|---|---|---|
| | | 7.Exhibit 7: Quitclaim Deed, 9 Pheasant Hill Street (Sale/Conveyance), June 22, 2012, # 11 Exhibit 8.Exhibit 8: Satisfaction and Discharge of Mortgage, 9 Pheasant Hill Street, July 12, 2012, # 12 Exhibit 9.Exhibit 9: Quitclaim Deed, 15 Ridgewood Road (Acquisition), November 2, 2012, # 13 Exhibit 10.Exhibit 10: Primary Mortgage Instrument ($343,970), November 13, 2012, # 14 Exhibit 11.Exhibit 11: Hanscom FCU HELOC ($60,000), March 12, 2014, # 15 Exhibit 12.Exhibit 12: Hanscom FCU HELOC ($182,890), March 28, 2016, # 16 Exhibit 13.Exhibit 13: Discharge of 2014 HELOC, April 21, 2016, # 17 Exhibit 14.Exhibit 14: Blue Hills Bank Mortgage ($465,000), November 28, 2016, # 18 Exhibit 15.Exhibit 15: Discharge of 2016 HELOC, December 21, 2016, # 19 Exhibit 16.Exhibit 16: Hanscom FCU HELOC ($175,000), February 10, 2017, # 20 Exhibit 17.Exhibit 17: Webster Bank Open−End Mortgage ($68,900), September 4, 2020, # 21 Exhibit 18.Exhibit 18: Webster Bank First Mortgage ($552,000), September 4, 2020, # 22 Exhibit 19.Exhibit 19: Discharge of 2016 Mortgage, September 21, 2020, # 23 Exhibit 20.Exhibit 20: Discharge of 2017 HELOC, September 24, 2020, # 24 Exhibit 21.Exhibit 21: Quitclaim Deed to Carey Nominee Trust, September 15, 2022, # 25 Exhibit 22.Exhibit 22: Quitclaim Deed (Sale for $1M), July 18, 2024, # 26 Exhibit 23.Exhibit 23: Discharge of 2020 First Mortgage ($552,000), August 2, 2024, # 27 Exhibit 24.Exhibit 24: Discharge of 2020 Open−End Mortgage ($68,900), August 5, 2024, # 28 Exhibit 25.Exhibit 25: Quitclaim Deed, 7 Bridle Path, Westwood, MA (Acquisition), July 9, 2024, # 29 Exhibit 26.Exhibit 26: Mortgage Instrument, 7 Bridle Path (Rockland Trust Co., $1,489,600), July 15, 2024, # 30 Exhibit 27.Exhibit 27: Ryan Faenza Cataldo, LLC Cancellation of LLC, October 31, 2017, # 31 Exhibit 28.Exhibit 28: Ryan Faenza Carey, P.C. Articles of Organization (Effective Jan 1, 2022), filed December 27, 2021, # 32 Exhibit 29.Exhibit 29: Business Entity Summary, Secretary of the Commonwealth of MA, May 10, 2026)(Kyrpych, Yaroslav) (Entered: 05/26/2026) |
| 06/08/2026 | 166 | MOTION for Leave to File *Second Supplemental Complaint to Third Amended Complaint (Dkt. 135)* by Yaroslav Kyrpych. (Attachments: # 1 Supplement Second Supplemental Complaint to Third Amended Complaint [Dkt 135], # (2) Memorandum of Law in Support, # 3 Exhibit 1. Lee M. Peterson Professional Biography through National Association of Women Judges − DCF case worker)(Kyrpych, Yaroslav) **Modified on 6/8/2026: Memorandum of Law should be filed as a separate entry. See Dkt. 167** (MAC) (Entered: 06/08/2026) |
| 06/08/2026 | 167 | MEMORANDUM OF LAW in Support of 166 MOTION for Leave to File Second Supplemental Complaint to Third Amended Complaint (Dkt. 135) by Yaroslav Kyrpych (MAC) (Entered: 06/08/2026) |
| 06/08/2026 | 168 | Notice of correction to docket made by Court staff. Correction: Dkt. 166 corrected because: Memorandum of Law should be filed as a separate docket entry. See Dkt. 167 (MAC) (Entered: 06/08/2026) |
| 06/10/2026 | 169 | NOTICE by Yaroslav Kyrpych re 135 MOTION to Amend 79 Amended Complaint,, *for Leave to file Third*, 165 MOTION for Leave to File *Supplemental Complaint to Third Amended Complaint Plaintiffs NOTICE OF DEFENDANTS NON−RESPONSE to THE FIRST SUPPLEMENTAL COMPLAINT to THIRD AMENDED COMPLAINT (Dkt 165 and 135)* (Kyrpych, Yaroslav) (Entered: 06/10/2026) |
| 06/10/2026 | 170 | NOTICE by Yaroslav Kyrpych re 102 Emergency MOTION An immediate Status Conference to address discovery disputes regarding the SAIN video and to set an expedited briefing schedule re 100 MOTION to Compel *NORFOLK COUNTY* |

| | | |
|---|---|---|
| | | *DISTRICT ATTORNEY OFFICE to PRODUCE EVIDENCE*, 99 , 100 MOTION to Compel *NORFOLK COUNTY DISTRICT ATTORNEY OFFICE to PRODUCE EVIDENCE*, 101 Emergency MOTION for Preliminary Injunction *Plaintiffs NOTICE of PENDING EMERGENCY MOTIONS and STATUS UPDATE* (Kyrpych, Yaroslav) (Entered: 06/10/2026) |
| 06/12/2026 | 171 | MOTION for Entry of Default *against all Defendants* by Yaroslav Kyrpych.(Kyrpych, Yaroslav) (Entered: 06/12/2026) |
| 06/15/2026 | 172 | Emergency MOTION to Expedite *CONSIDERATION OF PENDING MOTIONS FOR PRELIMINARY INJUNCTION [DKT. 101], STATUS CONFERENCE [DKT. 102], AND TO COMPEL EVIDENCE [DKT. 100] REGARDING IMMEDIATE CHILD SAFETY* by Yaroslav Kyrpych.(Kyrpych, Yaroslav) (Entered: 06/15/2026) |
| 06/16/2026 | 173 | Opposition re 171 MOTION for Entry of Default *against all Defendants* filed by Meghan Honigman. (Koufman, Victor) (Entered: 06/16/2026) |
| 06/18/2026 | 174 | Opposition re 171 MOTION for Entry of Default *against all Defendants* filed by Bay State Community Services, Rachael Anne Sullivan. (Slean, Brendan) (Entered: 06/18/2026) |
| 06/22/2026 | 175 | Emergency MOTION to Expedite *CONSIDERATION OF PENDING MOTION FOR LEAVE TO FILE THIRD AMENDEDED COMPLAINT (Dkt 135) IN LIGHT OF URGENT CHILD SAFETY MATTERS* by Yaroslav Kyrpych.(Kyrpych, Yaroslav) (Entered: 06/22/2026) |
| 06/22/2026 | 176 | NOTICE by Yaroslav Kyrpych re 175 Emergency MOTION to Expedite *CONSIDERATION OF PENDING MOTION FOR LEAVE TO FILE THIRD AMENDEDED COMPLAINT (Dkt 135) IN LIGHT OF URGENT CHILD SAFETY MATTERS − Supplemental Local Rule 7.1 Compliance* (Kyrpych, Yaroslav) (Entered: 06/22/2026) |
| 06/29/2026 | 177 | District Judge F. Dennis Saylor, IV: MEMORANDUM AND ORDER ON PLAINTIFF'S MOTIONS TO AMEND COMPLAINT AND DEFENDANTS' MOTIONS TO DISMISS entered.<br><br>As set forth above, the Court construes the first amended complaint (Dkt. No. 65 ) as the operative complaint. Defendants&rsquo; motions to dismiss are GRANTED; all other pending motions (other than Dkt. No. 121 , which is the subject of a separate order) are DENIED as moot; and this case is DISMISSED in its entirety.<br><br>***So Ordered.***<br><br>(MAC) (Entered: 06/29/2026) |
| 06/29/2026 | 178 | District Judge F. Dennis Saylor, IV ELECTRONIC ORDER entered:<br><br>For good cause shown, and for the reasons set forth by defendants, the motion of the Commonwealth defendants to seal (Docket No. 121 ) is GRANTED in part and DENIED in part. The Clerk is directed to seal the following docket entries: Nos. 1 , 23 , 43 , 45 , 46 , 57 , 58 , 59 , 60 , 61 , 62 , 65 , 79 , 82 , 83 , 84 , 85 , 86 , 87 , 88 , 89 , 100 , 101 , 103 , 104 , 106 , 107 , 109 , 110 , 114 , 115 , 117 , 118 , and 120 . The denial is without prejudice to the seeking of further relief as justice may require.<br><br>(MAC) (Entered: 06/29/2026) |

| 06/29/2026 | 179 | District Judge F. Dennis Saylor, IV: ORDER DISMISSING CASE entered. (MAC) (Entered: 06/29/2026) |
|---|---|---|
| 06/29/2026 | 180 | NOTICE OF APPEAL as to 178 Order on Motion to Seal Case,, 179 Order Dismissing Case, 177 Memorandum & ORDER,, by Yaroslav Kyrpych.<br><br>NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf. US District Court Clerk to deliver official record to Court of Appeals by 7/20/2026. (Kyrpych, Yaroslav) (Entered: 06/29/2026)** |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| YAROSLAV KYRPYCH, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 25-12291-FDS |
| KRISTEN DENISE KELLY, et al., | ) ) | |
| Defendants. | ) ) ) | |

**MEMORANDUM AND ORDER ON PLAINTIFF'S MOTIONS TO AMEND COMPLAINT AND DEFENDANTS' MOTIONS TO DISMISS**

**SAYLOR, J.**

This is an action by a *pro se* plaintiff challenging, in substance, various orders and proceedings in a child-custody dispute in the Massachusetts Probate and Family Court. Jurisdiction is asserted under 28 U.S.C. § 1331, as plaintiff seeks to redress claimed violations of his Fourteenth Amendment rights.

Plaintiff Yaroslav Kyrpych has filed suit against 22 defendants:  Christine McMahon Cullinan, Kristen Denise Kelly, and Katelyn Marie Jay, all of whom are Assistant District Attorneys in Norfolk County; the Norfolk County District Attorney's Office; Elise Marian Barry, Shannon McAnulty, Sandra E. Fontecchio, Cheryl Banks, Steven F. Ruscio, Laura A. Rafael, Michelle F. Frazer, Philip J. Clossey, Katheryn L. Butterfield, Alison Coleman-Hardy, and Azelene D. Edounarzin, all of whom are present or former employees of the Massachusetts Department of Children and Families; the Massachusetts Department of Children and Families; Rachael Anne Sullivan, who is an employee of Bay State Community Services; Lee Mumford Peterson, who is a judge of the Norfolk County Probate and Family Court; Meghan Honigman, who is a court-appointed guardian ad litem; Ryan Faenza Carey, PC, which is a law firm;

Carolyn P. Gannon; and Brian P. DiVasta.  Plaintiff has also moved to amend the complaint to add Anne Yas, an Assistant District Attorney in Norfolk County; Danielle Czekanski, an employee of the Massachusetts Department of Children and Families; Bay State Community Services, Inc.; and Kara Carey, a partner at Ryan Faenza Carey, PC, as additional defendants.

*Pro se* defendant Brian DiVasta has asserted a counterclaim for defamation.  (Dkt. No. 55).  *Pro se* defendant Carolyn Gannon has asserted a counterclaim alleging that plaintiff's conduct in the family-court proceedings caused unnecessary litigation expenses and impeded her ability to work.  (Dkt. No. 56).

All other defendants have moved to dismiss on a variety of grounds.  Ryan Faenza Carey, PC has moved to dismiss on the grounds that the court lacks subject-matter jurisdiction under 18 U.S.C. § 1331, the *Rooker-Feldman* doctrine, and the domestic-relations exception; that the claims against the law firm are barred by the litigation privilege; and that the complaint fails to state a claim upon which relief can be granted.  (Dkt. Nos. 53, 78).

Bay State Community Services and Rachel Anne Sullivan have moved to dismiss on the grounds that the court lacks subject-matter jurisdiction under the *Rooker-Feldman* doctrine and the domestic-relations exceptions; that Sullivan is immunized as a mandated reporter under Mass. Gen. Laws ch. 119, § 51A; and that the complaint fails to state a claim upon which relief can be granted.  (Dkt. Nos. 63, 76).

Meghan Honigman has moved to dismiss on the grounds that the court lacks subject-matter jurisdiction under the *Rooker-Feldman* doctrine, *Younger* abstention, and the domestic-relations exception; that she is entitled to absolute immunity; and that the complaint fails to state a claim upon which relief can be granted.  (Dkt. No. 73).

The state defendants—the Norfolk District Attorney's Office and its employees, the Department of Children and Families and its current and former employees, and Judge Lee Mumford Peterson—have moved to dismiss on the grounds that the court lacks subject-matter jurisdiction under *Younger* abstention, the *Rooker-Feldman* doctrine, and the domestic-relations exception; that the claims are barred by sovereign immunity and absolute and qualified immunity; and that the complaint fails to state a claim upon which relief can be granted. (Dkt. No. 75).

For the reasons set forth below, defendants' motions to dismiss will be granted for lack of subject-matter jurisdiction; the claims against defendants DiVasta and Gannon will be dismissed on the same basis; and this matter will be dismissed in its entirety.

I.      **The Allegations of the Complaint**

The following facts are taken from the first amended complaint, which the Court will construe at the operative complaint, and the record from the Massachusetts Probate and Family Court proceedings. *See Watterson v. Page*, 987 F.2d 1, 3 (1st Cir. 1993) (explaining that, on a motion to dismiss, a court may properly consider "official public records" and "documents sufficiently referred to in the complaint").

Yaroslav Kyrpych and Carolyn Gannon divorced in April 2022. (Am. Compl. ¶ 7, at 14, Dkt. No. 65; Norfolk Dkt. Rep. 10, Dkt. No. 1-5). Judge Lee M. Peterson oversaw the divorce proceedings in Norfolk Probate and Family Court. (Norfolk Dkt. Rep. 1). Under the separation agreement, Kyrpych and Gannon agreed to share custody of their two children. (Am. Compl. ¶ 7, at 14).

In October 2022, Gannon returned to Norfolk Probate and Family Court seeking to modify the divorce and obtain a temporary restraining order against Kyrpych on behalf of herself

and their children.  (Norfolk Dkt. Rep. 10).  She alleged that Kyrpych had sexually abused their older child.  (Am. Compl. ¶ 11, at 14).  Gannon hired Rayn Faenza Carey, PC to represent her in the custody proceedings.  (*Id.* ¶ 12, at 14).  The amended complaint suggests that DCF and the Norfolk County District Attorney's Office investigated those allegations and found them unsupported.  (*Id.* at 31).

According to the complaint, in January 2023, the older child disclosed to a school guidance counselor and primary-care provider allegations of sexual and physical abuse by Gannon, her mother, and Brian DiVasta, her mother's partner.  (*Id.* at 23-24).  Both the counselor and primary-care provider then filed DCF reports against Gannon and DiVasta.  (*Id.* at 23-25).  According to the complaint, DCF ultimately dismissed the reports "without any investigation" and without referring them to the District Attorney's Office.  (*Id.* at 24).

DCF then filed a report of abuse against Kyrpych based on the allegations made by Gannon.  (*Id.* at 28-30).  That report led to an interview of the child by the Norfolk County District Attorney's Office and a search of plaintiff's home.  (*Id.* at 29-30).  Gannon ultimately obtained a temporary restraining order from Norfolk Probate and Family Court suspending Kyrpych's custodial rights based in part on the DCF report and testimony by DCF workers.  (*Id.* at 30; Norfolk Dkt. Rep. 17).

According to the complaint, Meghan Honigman, who was appointed as guardian ad litem, allegedly falsified a report that concealed certain issues, including Kyrpych's positive evaluation.  (Am. Compl. 60).

The Norfolk District Attorney's Office referred plaintiff's children to Bay State Community Services for counseling.  (*Id.* at 46).  According to the complaint, Rachael Sullivan,

a Bay State Community Services counselor, allegedly traumatized the children, elicited false allegations against Kyrpych, and filed a false report against him.  (*Id.* at 46-47).

In the fall of 2024, Judge Peterson held a trial in the ongoing custody dispute.  (Norfolk Dkt. Rep. 32).  Kyrpych disputes certain evidentiary and procedural rulings made by the court; alleges improper *ex parte* communications; disputes the court's findings of fact; and challenges the denial of his access to his children on the basis of allegedly false or unsupported evidence.  (*Id.* at 47-59).

On November 24, 2024, Judge Peterson entered judgment granting Carolyn Gannon "sole legal and physical custody of the parties' minor children."  (Norfolk Judgment, Dkt. No. 124-1).

Krypych brought suit in federal court on August 15, 2025.  (Dkt. No. 1).  In essence, the amended complaint alleges that DCF, Bay State Community Services, Meghan Honigman, the Norfolk District Attorney's Office, his former wife's lawyers, and Judge Peterson all violated his Fourteenth Amendment rights and various federal and state laws by suborning, creating, or knowingly relying on false evidence at the custody trial as well as concealing exculpatory evidence.  In so doing, they allegedly colluded with Krypych's former wife and her partner, Brian DiVasta, to unlawfully deprive him of his parental rights.

The complaint seeks declaratory, injunctive, and monetary relief.  In particular, it asks that the court make certain evidentiary rulings and impose certain procedures related to the custody proceedings.  (Am. Compl. 61-64).

## II.    Standard of Review

On a motion to dismiss for lack of subject-matter jurisdiction under Fed. R. Civ. P. 12(b)(1), "the party invoking the jurisdiction of a federal court carries the burden of proving its existence."  *Johansen v. United States*, 506 F.3d 65, 68 (1st Cir. 2007) (quoting *Murphy v. United*

*States*, 45 F.3d 520, 522 (1st Cir. 1995)).  If the party seeking to invoke federal jurisdiction "fails to demonstrate a basis for jurisdiction," the motion to dismiss must be granted.  *Id.*  When ruling on a motion to dismiss under Rule 12(b)(1), the court must "credit the plaintiff's well-[pleaded] factual allegations and draw all reasonable inferences in the plaintiff's favor."  *Merlonghi v. United States*, 620 F.3d 50, 54 (1st Cir. 2010).

For the purposes of analyzing a motion to dismiss, the complaint must be construed generously because plaintiff is proceeding *pro se*.  *See Haines v. Kerner*, 404 U.S. 519, 520 (1972); *see also Rodi v. Southern New Eng. Sch. of L.*, 389 F.3d 5, 13 (1st Cir. 2004).  "[A] pro se complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers."  *Estelle v. Gamble*, 429 U.S. 97, 106 (1976) (citation modified); *see* Fed. R. Civ. P. 8(e) ("Pleadings must be construed so as to do justice.").  "Nevertheless, a litigant's exercise of his right to self-representation does not exempt him from complying with the relevant rules of procedural and substantive law."  *Martinez-Machicote v. Ramos-Rodriguez*, 553 F. Supp. 2d 45, 49 (D.P.R. 2007).

### III.    Discussion

#### A.    Plaintiff's Motions to Amend

As a threshold matter, the Court will construe the first amended complaint, filed October 26, 2025, as the operative complaint in this case.  (Dkt. No. 65).  Although plaintiff moved on eleven occasions in September and October 2025 to amend the complaint, those motions only presented grounds for allowing amendment and did not include a proposed amended complaint. (Dkt. Nos. 43-46, 49, 51, 57-61).  Eventually, on October 26, 2025, plaintiff filed an amended complaint.  In light of plaintiff's *pro se* status, the Court will construe the first amended complaint as an amendment permitted "once as a matter of course."  Fed. R. Civ. P. 15(a)(1).

6

Since then, plaintiff has filed a second amended complaint (Dkt. No. 79); a motion for leave to file a third amended complaint (Dkt. No. 135); and motions to supplement his third amended complaint (Dkt. Nos. 165, 166).  Because, as explained below, any such amendments would be futile, the Court will deny those motions.

**B.    Subject-Matter Jurisdiction**

The Supreme Court has exclusive jurisdiction "over appeals from final state-court judgments." *Lance v. Dennis*, 546 U.S. 459, 463 (2006) (citing 28 U.S.C. § 1257).  As such, under the *Rooker-Feldman* doctrine, "lower federal courts are precluded from exercising appellate jurisdiction over final state-court judgments." *Id.*  That prohibition applies where "the losing party in state court filed suit in federal court after the state proceedings ended, complaining of an injury caused by the state-court judgment and seeking review and rejection of that judgment." *Federación de Maestros de P.R. v. Junta de Relaciones del Trabajo de P.R.*, 410 F.3d 17, 24 (1st Cir. 2005) (quoting *Exxon Mobil Corp. v. Saudi Basic Indus. Corp.*, 544 U.S. 280, 291 (2005)).[1]

"[A] claim need not directly . . . attack a state court decision in order to fall within the scope of the *Rooker-Feldman* doctrine." *Pierre v. Cristello*, 2017 WL 4768006, at *2 (D. Mass. Oct. 3, 2017) (quoting *DuLaurence v. Telegen*, 94 F. Supp. 3d 73, 80 (D. Mass. 2015), *aff'd*, 2016 WL 10454553 (1st Cir. Nov. 30, 2016)).  "[I]t is enough if the federal action would in

---

[1] The Supreme Court has recently clarified the *Rooker-Feldman* doctrine.  In *T.M. v. University of Marland Medical System Corporation*, the Court explained that the doctrine applies "to federal cases in which plaintiffs seek review of state-court judgments, regardless of whether those judgments are final trial-court judgments or those of a State's highest court." 2026 WL 1751823, at *9 (U.S. June 18, 2026).  Thus, *Rooker-Feldman* bars district court review even "when the state-judgment at issue is subject to further review in state appellate proceedings." *Id.* at *3. In so deciding, the Supreme Court abrogated First Circuit precedent that applied *Rooker-Feldman* "only if the state-court proceedings have 'ended.'" *Id.* at *5 (quoting *Federación de Maestros de P.R.*, 410 F.3d at 24-25).

Here, it appears that plaintiff has appealed the November 26, 2024 state-court judgment.  *See Kyrpych v. Gannon*, 2025-P-0472 (Mass. App. Ct. Apr. 17, 2025).  Under *T.M.*, the fact that plaintiff seeks further action in the state proceeding does not preclude the application of the *Rooker-Feldman* doctrine.

substance defeat or negate a state judgment . . . ."  *Mandel v. Town of Orleans*, <u>326 F.3d 267, 271</u> (1st Cir. 2003); *see also Hill v. Town of Conway*, <u>193 F.3d 33, 39</u> (1st Cir. 1999) (quoting *Pennzoil Co. v. Texaco Inc.*, <u>481 U.S. 1, 25</u> (1987) (Marshall, J., concurring in the judgment)) ("Where federal relief can only be predicated upon a conviction that the state court was wrong, it is difficult to conceive the federal proceeding as, in substance, anything other than a prohibited appeal of the state-court judgment.").  Ultimately, a court must decide "whether the plaintiff's federal suit is, in effect, an end-run around a final state-court judgment."  *Klimowicz v. Deutsche Bank Nat'l Tr. Co.*, <u>907 F.3d 61, 66</u> (1st Cir. 2018).

That is very clearly the case here.  On November 26, 2024, the Norfolk County Probate and Family Court entered judgment granting Carolyn Gannon "sole legal and physical custody of the parties' minor children."  (Norfolk Judgment).  Plaintiff then filed suit in this Court.  The complaint essentially alleges that nearly every person involved in the state-court case engaged in misconduct that led to plaintiff being wrongfully deprived of his parental rights.

Plaintiff's "only real injury . . . is ultimately . . . caused by [the] state court judgment." *Davison v. Government of P.R.-P.R. Firefighters Corps.*, <u>471 F.3d 220, 223</u> (1st Cir. 2006).  In other words, he has not asserted an injury independent of the deprivation of his parental rights caused by the state-court judgment.  Although some of his claims appear to suggest independent wrongdoing, all of the challenged conduct ultimately implicates the judgment because it relates to the custody determination.  *See Klimowicz*, <u>907 F.3d at 65</u> (finding that *Rooker-Feldman* barred claims for "unfair and deceptive practices" that implicated the Housing Court's judgment); *see Speight v. Kaelblein*, <u>2025 WL 1824768</u>, at *2 (D. Mass. May 16, 2025) (finding that *Rooker-Feldman* barred claims that were "worded in ways that suggest actionable wrongdoing" but "challenge[d]—collaterally—rulings by the Massachusetts Probate and Family

8

Court"). Plaintiff cannot "evade the reach of the *Rooker-Feldman* doctrine by artful pleading."

*Klimowicz*, 907 F.3d at 65. Read as a whole, the complaint plainly requests that this Court find

that the state-court judgment was wrongly decided because it was based on alleged conflicts of

interests, relied on fabricated reports, and overlooked exculpatory evidence.[2]

In short, this federal suit seeks review and rejection of the state-court judgment

terminating his custodial rights. The Court is without the power to do so and therefore will

dismiss all of plaintiff's claims. Furthermore, the proposed amendments to the complaint would

be futile, as they suffer from the same essential flaw. Because the *Rooker-Feldman* doctrine bars

plaintiff's suit in its entirety, the Court does not reach defendants' alternative arguments for

dismissal.

> ### C.       Defendants and Counterclaimants Carolyn Gannon and Brian DiVasta

*Pro se* defendants and counterclaimants Carolyn Gannon and Brian DiVasta have not

moved to dismiss the complaint. Nevertheless, the Court has an independent obligation to assess

its subject-matter jurisdiction. *See In re Recticel Foam Corp.*, 859 F.2d 1000, 1002 (1st Cir.

1988). In addition, their asserted counterclaims appear to allege state-law defamation and other

tort claims. Because the Court lacks jurisdiction over the claims against them, it lacks

jurisdiction to hear counterclaims with no independent jurisdictional basis. *See* 6 WRIGHT &

MILLER'S FEDERAL PRACTICE & PROCEDURE § 1414 (3d ed. 2026). Accordingly, both plaintiff's

---

[2] The original complaint explicitly asked the Court to "[r]estore [p]laintiff's parental rights in full." (Dkt. No. 1, at 27). Plaintiff omitted that request for relief from his first amended complaint (the operative complaint). (Dkt. Nos. 65). The proposed second amended complaint asks the Court to "[s]et aside all Norfolk Probate and Family Court orders and findings of fact since April 22, 2022." (Dkt. No. 79, at 60). His proposed third amended complaint explicitly seeks a permanent injunction "vacating the November 26, 2024, state judgment and prohibiting all Defendants from further enforcement of its terms." (Dkt. No. 135-1, at 420). That further demonstrates that the suit is in substance a challenge to the state-court judgment.

claims against Gannon and DiVasta and their counterclaims against plaintiff will be dismissed for lack of jurisdiction.

## IV.    Conclusion

As set forth above, the Court construes the first amended complaint (Dkt. No. 65) as the operative complaint.  Defendants' motions to dismiss are GRANTED; all other pending motions (other than Dkt. No. 121, which is the subject of a separate order) are DENIED as moot; and this case is DISMISSED in its entirety.

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV

Dated:  June 29, 2026                        United States District Judge

10

```
MIME-Version:1.0
From:ECFnotice@mad.uscourts.gov
To:CourtCopy@localhost.localdomain
Bcc:
--Case Participants: Mathias Francis Fressilli (adlawefilings@mass.gov,
mathias.fressilli@mass.gov), Alexander Weiss (adlawefilings@mass.gov,
alexander.weiss@mass.gov), Scott D. Burke (mryan@morrisonmahoney.com,
sburke@morrisonmahoney.com), Victor J. Koufman (vk@klgboston.com), Brendan P. Slean
(bslean@lawson-weitzen.com, dadams@lawson-weitzen.com, gkeefe@lawson-weitzen.com,
skeenan@lawson-weitzen.com), Rebecca Long (rl@kflitigators.com), Brian P. Divasta
(brian.divasta@gmail.com), Ryan Faenza Carey PC (kcarey@rfclegal.com), Yaroslav Kyrpych
(yaroslav.kyrpych@gmail.com), District Judge F. Dennis Saylor, IV
(matthew_mckillop@mad.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:12054881@mad.uscourts.gov
Subject:Activity in Case 1:25-cv-12291-FDS Kyrpych et al v. Kelly et al Order on Motion to
Seal Case
Content-Type: text/html
```

# United States District Court

# District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 6/29/2026 at 3:01 PM EDT and filed on 6/29/2026

| | |
|---|---|
| **Case Name:** | Kyrpych et al v. Kelly et al |
| **Case Number:** | 1:25–cv–12291–FDS |
| **Filer:** | |
| **Document Number:** | 178(No document attached) |

**Docket Text:**
**District Judge F. Dennis Saylor, IV ELECTRONIC ORDER entered:**

For good cause shown, and for the reasons set forth by defendants, the motion of the Commonwealth defendants to seal (Docket No. [121]) is GRANTED in part and DENIED in part. The Clerk is directed to seal the following docket entries: Nos. [1], [23], [43], [45], [46], [57], [58], [59], [60], [61], [62], [65], [79], [82], [83], [84], [85], [86], [87], [88], [89], [100], [101], [103], [104], [106], [107], [109], [110], [114], [115], [117], [118], and [120]. The denial is without prejudice to the seeking of further relief as justice may require.

(MAC)
**1:25–cv–12291–FDS Notice has been electronically mailed to:**

Victor J. Koufman      vk@klgboston.com

Scott D. Burke      sburke@morrisonmahoney.com, mryan@morrisonmahoney.com

Rebecca Long      rl@kflitigators.com

Brendan P. Slean      bslean@lawson–weitzen.com, dadams@lawson–weitzen.com,
gkeefe@lawson–weitzen.com, skeenan@lawson–weitzen.com

Mathias Francis Fressilli     mathias.fressilli@mass.gov, AdLawEFilings@mass.gov

Alexander Weiss     alexander.weiss@mass.gov, AdLawEFilings@mass.gov

Yaroslav Kyrpych     yaroslav.kyrpych@gmail.com

Brian P. Divasta     brian.divasta@gmail.com

**1:25−cv−12291−FDS Notice will not be electronically mailed to:**

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____

Yaroslav Kyrpych
    **Petitioner**


      **v.**

                  **Civil Action No.1:25-cv-12291-FDS**


Kristen Denise Kelly et al
    **Defendant**

_____


## ORDER OF DISMISSAL


**Saylor, D.J.**


In accordance with the Court's MEMORANDUM AND ORDER dated June 29, 2026  (Dkt. No. 177), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                By the Court,



6/29/2026                    /s/ Melonie Cooke
Date                       Deputy Clerk

# UNITED STATES DISTRICT COURT

for the District of Massachusetts

Eastern Division

| | |
|---|---|
| Kyrpych et al | Case No: 1:25-cv-12291-FDS |
| *Plaintiff(s)* | |
| | Plaintiff's |
| - v - | NOTICE OF APPEAL FOR THE FIRST CIRCUIT FROM THE FINAL JUDGMENT AND THE FOLLOWING SPECIFIC ORDERS ENTERED IN THIS ACTION BY DISTRICT JUDGE F. DENNIS SAYLOR, IV ON JUNE 29, 2026 |
| Kelly et al | |
| *Defendant(s)* | |

Notice is hereby given that Yaroslav Kyrpych, Plaintiff pro se in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment and the following specific orders entered in this action by District Judge F. Dennis Saylor, IV on June 29, 2026:

1. The Order Dismissing Case (Dkt. No. 179), entered on June 29, 2026.

2. The Memorandum and Order on Plaintiff's Motions to Amend Complaint and Defendants' Motions to Dismiss (Dkt. No. 177), which construed the First Amended Complaint (Dkt. No. 65) as the operative complaint, granted Defendants' motions to dismiss, denied all other pending motions as moot, and dismissed the case in its entirety, entered on June 29, 2026.

3. The Electronic Order (Dkt. No. 178), which granted the Commonwealth defendants' motion to seal the record (Dkt 121) and directed the Clerk to seal thirty-four docket entries, including the Plaintiff's operative pleadings and emergency motions for injunctive relief.

4. All prior adverse interlocutory orders, rulings, and denials of leave to amend underlying the final judgment of dismissal.

Respectfully submitted by:

/s/ YAROSLAV KYRPYCH

Plaintiff Pro Se

Date: June 29, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed with the court through the ECF system and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing (NEF), email copy to carolyn.patricia0108@gmail.com (Carolyn P. Gannon, Non-ECF party), and paper copies will be sent to those indicated as non-registered participants with no confirmed email.

/s/ Yaroslav Kyrpych

Plaintiff Pro Se

Date: June 29, 2026