# United States Court of Appeals
## For the First Circuit

No. 26-1770

YAROSLAV KYRPYCH,

Plaintiff - Appellant,

v.

KRISTEN DENISE KELLY, individually and in the Official Capacity as ADA Norfolk County District Attorney; KATELYN MARIE JAY, individually and in the Official Capacity as ADA Norfolk County District Attorney; ELISE MARIAN BARRY, individually and in the Official Capacity as Employee of Department of Children and Families; SHANNON MCANULTY, individually and in the Official Capacity as Employee of Department of Children and Families; SANDRA E. FONTECCHIO, individually and in the Official Capacity as Employee of Department of Children and Families; CHERYL BANKS, individually and in the Official Capacity as Employee of Department of Children and Families; LAURA A. RAFAEL, individually and in the Official Capacity as Employee of Department of Children and Families; MICHELLE F. FRAZER, individually and in the Official Capacity as Employee of Department of Children and Families; PHILIP JAMES CLOSSEY, individually and in the Official Capacity as Employee of Department of Children and Families; KATHERYN L. BUTTERFIELD, individually and in the Official Capacity as Area program Manager of Department of Children and Families; ALISON C. COLEMAN-HARDY, in the Official Capacity as Area Program Manager of Department of Children and Families; DEPARTMENT OF CHILDREN AND FAMILIES; RACHAEL ANNE SULLIVAN, individually and in the Official Capacity as Employee of Bay State Community Services; STEVEN RUSCIO, supervisor; AZELENE D. EDOUARZIN; NORFOLK COUNTY DISTRICT ATTORNEY OFFICE; LEE MUMFORD PETERSON, Judge Norfolk County Probate and Family Court; RYAN FAENZA CAREY, PC; CAROLYN P. GANNON; MEGHAN HONIGMAN, Guardian ad Litem; BRIAN P. DIVASTA; CHRISTINE MCMAHON CULLINAN, Assistant District Attorney; BAY STATE COMMUNITY SERVICES; DANIELLE E. CZEKANSKI,

Defendants - Appellees.

## ORDER OF COURT

Entered: July 7, 2026

Plaintiff-Appellant's Emergency Motion to Expedite Appeal is denied. Once a briefing schedule issues, plaintiff-appellant may file his opening brief as soon as he wishes.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Yaroslav Kyrpych
Mathias Francis Fressilli
Alexander Matthew Weiss
Brendan P. Slean
Scott Douglas Burke
Carolyn P. Gannon
Victor J. Koufman
Rebecca Long
Brian P. Divasta