# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 26-1770          **Short Title:** Kyrpych v. Kelly, et al

The Clerk will enter my appearance as counsel on behalf of (*please list names of all parties represented, using additional sheet(s) if necessary*):

Meghan Honigman, LICSW _____ as the

[ ] appellant(s)          [✔] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

Rebecca Long _____     08/05/2026 _____
Signature                                        Date

Rebecca Long _____
Name

Koufman Law Group, LLC _____     617-423-2212 _____
Firm Name (if applicable)                 Telephone Number

88 Broad Street, 4th Floor _____     _____
Address                                          Fax Number

Boston MA, 02110 _____     rl@klgboston.com _____
City, State, Zip Code                         Email (required)

Court of Appeals Bar Number: 1198915 _____

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).