# United States Court of Appeals
## For the First Circuit

NO. 21-1770

YAROSLAV KYRPYCH,

*Plaintiff-Appellant,*

*v.*

KRISTEN DENISE KELLY, individually and in the official capacity as ADA Norfolk County District Attorney; KATELYN MARIE JAY, individually and in the official capacity as ADA Norfolk County District Attorney; ELISE MARIAN BARRY, individually and in the official capacity as Employee of Department of Children and Families; SHANNON MCANULTY, individually and in the official capacity as Employee of Department of Children and Families; SANDRA E. FONTECCHIO, individually and in the official capacity as Employee of Department of Children and Families; CHERYL BANKS, individually and in the official capacity as Employee of Department of Children and Families; LAURA A. RAFAEL, individually and in the official capacity as Employee of Department of Children and Families; MICHELLE F. FRAZER, individually and in the official capacity as Employee of Department of Children and Families; PHILIP J. CLOSSEY, individually and in the official capacity as Employee of Department of Children and Families; KATHERYN L. BUTTERFIELD, individually and in the official capacity as Area Program Manager of Department of Children and Families; ALISON C. COLEMAN-HARDY, in the official capacity as Area Program Manager of Department of Children and Families; DEPARTMENT OF CHILDREN AND FAMILIES; RACHAEL A. SULLIVAN, individually and in the official capacity as Employee of Bay State Community Services; STEVEN F. RUSCIO, Supervisor; AZELENE D. EDOUARZIN; NORFOLK COUNTY DISTRICT ATTORNEY'S OFFICE; LEE MUMFORD PETERSON, Judge Norfolk County Probate and Family Court; RYAN FAENZA CAREY; CAROLYN P. GANNON; MEGHAN HONIGMAN, Guardian ad Litem; BRIAN P. DIV ASTA; CHRISTINE MCMAHON CULLINAN, Assistant District Attorney; BAY STATE COMMUNITY SERVICES; DANIELLE E. CZEKANSKI; KARA CLIFFORD CAREY; ANNE S. YAS

*Defendant-Appellees*.

**MOTION OF DEFENDANTS-APPELLEES FOR SUMMARY DISPOSITION UNDER LOCAL RULE 27.0(C)**

Appellees Ryan Faeza Carey, P.C., Kara Carey;[1] Shannon McAnulty, Cheryl Banks (a.k.a Cheryl Casey), Sandra Fontecchio, Steven Ruscio, Katheryn Butterfield, Christine Cullinan, Kristen Kelley, Kathryn L. Butterfield, the Department of Children and Families, Norfolk County District Attorney's Office, Katelyn Marie Jay, Laura A. Rafael, Michelle F. Frazer, Phillip J. Clossey, Alison C. Coleman-Hardy, Azelene Edouarzin, Elise Marian Sullivan (a.k.a Elise Marian Barry);[2] Bay State Community Services, Rachel Sullivan;[3] Megan Honigman; Brian DiVasta; and Carolyn Glannon (collectively, "Appellees") hereby move for summary disposition under First Circuit Local Rule 27.0(c), in lieu of a brief on the merits in the above-captioned appeal by Yaroslav Kyrpych, because this Court lacks jurisdiction over the appeal. In the alternative, Appellees move for an order extending the deadline to file their brief on the merits in this appeal by 60 days, which would make it due on October 31, 2026.

Kyrpych's complaint in the District Court and appeal to this Court arise entirely from a state-court decision adverse to him: a decision of the Massachusetts Probate and Family Court to award his former wife custody of their children. Because Kyrpych's complaint in the District Court and appeal to this Court are attemps to obtain review and reversal of a state-court decision, the *Rooker-Feldman*

---

[1] Collectively, the "RFC Defendants"
[2] Collectively, the "Commonwealth Defendants."
[3] Collectively, the "Bay State Defendants."

doctrine precludes further judicial review in this Court. See *Rooker v. Fidelity Trust Co*., 263 U.S. 413 (1923), and *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462 (1983). Moreover, his arguments are all waived and his proposed amended complaints are futile.

In further support of this motion, Appellees refer this Court to the accompanying memorandum of law and exhibits, filed herewith.

**WHEREFORE**, Appellees respectfully request that this Court summarily dismiss Kyrpych's appeal under First Circuit Local Rule 27.0(c), in lieu of a brief on the merits, on the ground that this Court lacks jurisdiction over the appeal; or extend the deadline for Appellees to file a brief on the mertis by 60 days, which would make it due on October 31, 2026.

Dated: August 18, 2026

Respectfully submitted,

Appellees,

Ryan Faenza Carey, P.C.
and Kara Carey

By their attorney,

/s/ Scott D. Burke
Scott Douglas Burke
1st Cir. No. 44526
BBO #551255
MORRISON MAHONEY LLP
250 Summer Street

Boston, MA 02210-1181
Telephone: (617) 439-7500
Facsimile: (617) 342-4937
sburke@morrisonmahoney.com

COMMONWEALTH DEFENDANTS

By their attorney,
ANDREA JOY CAMPBELL
ATTORNEY GENERAL

/s/ Mathias F. Fressilli
Mathias F. Fressilli
1st Cir. No. 1215362
Alexander M. Weiss
1st Cir. No. 1209119
Assistant Attorney General
Constitutional and Administrative Law Div.
One Ashburton Pl., 18th Floor
Boston, MA, 02108
(617) 963-2907
Mathias.Fressilli@Mass.gov
Alexander.Weiss@Mass.gov

Bay State Community Services, Inc.
and Rachael Sullivan

By their attorney,

/s/ Brendan P. Slean
Brendan P. Slean (Bar No. 1192768)
LAWSON & WEITZEN, LLP
88 Black Falcon Ave., Suite 345
Boston, MA 02210
Tel: 617-439-4990
bslean@lawson-weitzen.com

Megan Honigman

By her attorney,

*/s/* Rebecca L. Long
Rebecca L. Long, Esquire
1st Cir. No. 1198915
Koufman Law Group, LLC
88 Broad St, 4th Floor
Boston, MA 02110
617.423.2212 (O)
617.620.9419 (C)

Brian DiVasta, pro se

*/s/* Brian DiVasta
Brian DiVasta
Defendant pro se
181 Captain Eames Circle
Ashland, MA 01721
508-216-3284
brian.divasta@gmail.com

Carolyn Gannon Kyrpych, pro se

*/s/* Carolyn Gannon Kyrpych
Carolyn Gannon Kyrpych
Mother and legal guardian of minor children, ex-wife of plaintiff
617-894-3205
carolyn.patricia0108@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2026, the foregoing document was filed electronically through the Court's CM/ECF system. Service was accomplished by the CM/ECF system on all registered counsel of record. Plaintiff-Appellant Yaroslav Kyrpych, proceeding pro se was served by email and first-class mail as set forth below. Mr. DiVasta and Ms. Gannon, who are pro se, were served by email at the addresses described above with their consent.

*Plaintiff Pro Se – via First-Class Mail*
Mr. Yaroslav Kyrpych
228 Hilltop Drive
Walpole, MA 02081
Telephone: (857) 869-0080
yaroslav.kyrpych@gmail.com

/s/ Scott D. Burke
Scott Douglas Burke