# United States Court of Appeals
## For the First Circuit

NO. 21-1770

YAROSLAV KYRPYCH,

*Plaintiff-Appellant,*

*v.*

KRISTEN DENISE KELLY, individually and in the official capacity as ADA Norfolk County District Attorney; KATELYN MARIE JAY, individually and in the official capacity as ADA Norfolk County District Attorney; ELISE MARIAN BARRY, individually and in the official capacity as Employee of Department of Children and Families; SHANNON MCANULTY, individually and in the official capacity as Employee of Department of Children and Families; SANDRA E. FONTECCHIO, individually and in the official capacity as Employee of Department of Children and Families; CHERYL BANKS, individually and in the official capacity as Employee of Department of Children and Families; LAURA A. RAFAEL, individually and in the official capacity as Employee of Department of Children and Families; MICHELLE F. FRAZER, individually and in the official capacity as Employee of Department of Children and Families; PHILIP J. CLOSSEY, individually and in the official capacity as Employee of Department of Children and Families; KATHERYN L. BUTTERFIELD, individually and in the official capacity as Area Program Manager of Department of Children and Families; ALISON C. COLEMAN-HARDY, in the official capacity as Area Program Manager of Department of Children and Families; DEPARTMENT OF CHILDREN AND FAMILIES; RACHAEL A. SULLIVAN, individually and in the official capacity as Employee of Bay State Community Services; STEVEN F. RUSCIO, Supervisor; AZELENE D. EDOUARZIN; NORFOLK COUNTY DISTRICT ATTORNEY'S OFFICE; LEE MUMFORD PETERSON, Judge Norfolk County Probate and Family Court; RYAN FAENZA CAREY; CAROLYN P. GANNON; MEGHAN HONIGMAN, Guardian ad Litem; BRIAN P. DIV ASTA; CHRISTINE MCMAHON CULLINAN, Assistant District Attorney; BAY STATE COMMUNITY SERVICES; DANIELLE E. CZEKANSKI; KARA CLIFFORD CAREY; ANNE S. YAS

*Defendant-Appellees*.

**NOTICE OF APPEARANCE**

To the Clerk of the Above-Named Court,

Please enter the undersigned's appearance on behalf of the following defendants in the above-captioned case.

Defendants named in their individual and official capacities:

- Christine McMahon Cullinan
- Kristen Denise Kelly
- Elise Marian Sullivan (a.k.a Elise Marian Barry)
- Shannon McAnulty
- Sandra Fontecchio
- Cheryl Banks (a.k.a Cheryl Casey)
- Steven F. Ruscio
- Katheryn L. Butterfield
- The Honorable Judge Lee Mumford Peterson.

Defendants named in their official capacities:

- Katelyn Marie Jay
- Laura A. Rafael
- Michelle F. Frazer
- Philip J. Clossey
- Alison C. Coleman-Hardy
- Azelene D. Edouarzin.

State instrumentalities:

- The Massachusetts Department of Children and Families
- The Norfolk County District Attorney's Office[1]

Respectfully submitted,

---

[1] Please note that the case caption to this filing, copied identically from the case caption promulgated by the Court, lists defendants who were never named in an operative complaint.

COMMONWEALTH DEFENDANTS

By their attorney,
ANDREA JOY CAMPBELL
ATTORNEY GENERAL

/s/ Mathias Fressilli

Mathias Fressilli
Court of Appeals Bar No. 1215362
Assistant Attorney General
Constitutional and Administrative Law Div.
One Ashburton Pl., 18th Floor
Boston, MA, 02108
(617) 963-2907
Mathias.Fressilli@Mass.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2026, the foregoing document was filed electronically through the Court's CM/ECF system. Service was accomplished by the CM/ECF system on all registered counsel of record. Plaintiff-Appellant Yaroslav Kyrpych, proceeding pro se was served by first-class mail at his address of record.

/s/Mathias Fressilli
Mathias F. Fressilli