# United States Court of Appeals
## For the First Circuit

No. 26-1770

YAROSLAV KYRPYCH,

*Plaintiff-Appellant,*

*v.*

KRISTEN DENISE KELLY, individually and in the official capacity as ADA Norfolk County District Attorney; KATELYN MARIE JAY, individually and in the official capacity as ADA Norfolk County District Attorney; ELISE MARIAN BARRY, individually and in the official capacity as Employee of Department of Children and Families; SHANNON MCANULTY, individually and in the official capacity as Employee of Department of Children and Families; SANDRA E. FONTECCHIO, individually and in the official capacity as Employee of Department of Children and Families; CHERYL BANKS, individually and in the official capacity as Employee of Department of Children and Families; LAURA A. RAFAEL, individually and in the official capacity as Employee of Department of Children and Families; MICHELLE F. FRAZER, individually and in the official capacity as Employee of Department of Children and Families; PHILIP J. CLOSSEY, individually and in the official capacity as Employee of Department of Children and Families; KATHERYN L. BUTTERFIELD, individually and in the official capacity as Area Program Manager of Department of Children and Families; ALISON C. COLEMAN-HARDY, in the official capacity as Area Program Manager of Department of Children and Families; DEPARTMENT OF CHILDREN AND FAMILIES; RACHAEL A. SULLIVAN, individually and in the official capacity as Employee of Bay State Community Services; STEVEN F. RUSCIO, Supervisor; AZELENE D. EDOUARZIN; NORFOLK COUNTY DISTRICT ATTORNEY'S OFFICE; LEE MUMFORD PETERSON, Judge Norfolk County Probate and Family Court; RYAN FAENZA CAREY; CAROLYN P. GANNON; MEGHAN HONIGMAN, Guardian ad Litem; BRIAN P. DIV ASTA; CHRISTINE MCMAHON CULLINAN, Assistant District Attorney; BAY STATE COMMUNITY SERVICES; DANIELLE E. CZEKANSKI; KARA CLIFFORD CAREY; ANNE S. YAS

*Defendant-Appellees.*

**NOTICE OF APPEARANCE**

To the Clerk of the Above-Named Court,

Please enter the undersigned's appearance on behalf Defendants Rachael Anne Sullivan, individually and in her capacity as employee, and Bay State Community Services, Inc., of the following defendant in the above-captioned case.

Respectfully Submitted,

Defendant Rachael Anne Sullivan and
Bay State Community Services, Inc.

By their attorney,

/s/ *Brendan P. Slean*
Brendan P. Slean (Bar No. 1192768)
88 Black Falcon Ave., Suite 345
Boston, MA 02210
(617) 439-4990
bslean@lawson-weitzen.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2026, the foregoing document was filed electronically through the Court's CM/ECF system. Service was accomplished by the CM/EMF system on all registered counsel of record. Plaintiff-Appellant Yaroslav Kyrpych, proceeding per se was served by first-class mail at his address of record.

/s/Brendan P. Slean
Brendan P. Slean