# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 26-1770 **Short Title:** Kyrpych v. Kelly, et al.

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
Ryan Faenza Carey, P.C., and Kara Carey as the

[ ] appellant(s) [✔] appellee(s) [ ] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

/s/Scott Douglas Burke
Signature

8/19/26
Date

Scott Douglas Burke
Name

Morrison Mahoney LLP
Firm Name (if applicable)

617-501-8776
Telephone Number

250 Summer Street
Address

617-342-4937
Fax Number

Boston, MA 02210
City, State, Zip Code

sburke@morrisonmahoney.com
Email (required)

Court of Appeals Bar Number: 44526

Has this case or any related case previously been on appeal?

[✔] No [ ] Yes Court of Appeals No.________________

==================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2026, the foregoing document was filed electronically through the Court's CM/ECF system. Service was accomplished by the CM/ECF system on all registered counsel of record. Plaintiff-Appellant Yaroslav Kyrpych, proceeding pro se was served by email and first-class mail as set forth below. Mr. DiVasta and Ms. Gannon Kyrpych, who are pro se, were served by email at the addresses set forth below with their consent.

*Plaintiff Pro Se – via First Class Mail and Email*
Mr. Yaroslav Kyrpych
228 Hilltop Drive
Walpole, MA 02081
Telephone: (857) 869-0080
Yaroslav.kyrpych@gmail.com

*Defendant Pro Se– via Email*
Brian DiVasta
181 Captain Eames Circle
Ashland, MA 01721
508-216-3284
Brian.divasta@gmail.com

*Carolyn Gannon Kyrpych Pro Se – via Email*
*Mother and legal guardian of minor*
*Children, ex-wife of plaintiff*
Carolyn Gannon Kyrpych
617-894-3205
Carolyn.patricia0108@gmail.com

/s/ Scott D. Burke
Scott Douglas Burke