OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY - SUITE 2500
BOSTON, MASSACHUSETTS 02210

OFFICIAL BUSINESS

USMS Screened

26-1770
Briefing Notice
8/5/26

BOSTON MA 020
5 AUG 2026 PM 10 L

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 02210 $ 000.78⁰
02 7W
0008036369 AUG 05 2026

RECEIVED FOR FILING
IN CLERK'S OFFICE

2026 AUG 17 P 1:01

US COURT OF APPEALS
FOR THE FIRST CIRCUIT

VAC

Danielle E. Czekanski
5034 N 81st St
Scottsdale, AZ 85250

NIXIE 850 DE 1 0008/12/26
RETURN TO SENDER
VACANT
UNABLE TO FORWARD
BC: 02210302499 *2621-00627-05-41

02210>3024