# UNITED STATES COURT OF APPEALS

for the First Circuit

Appeal Case No. 26-1770

Kyrpych et al,

*Plaintiff-Appellant*

v.

Kelly et al,

*Defendants-Appellees*

On Appeal from the United States District Court for the District of Massachusetts, Case No: 1:25-cv-12291-FDS

## PLAINTIFF-APPELLANT'S
## NOTICE OF RETURNED MAIL, UNSERVED STATUS REGARDING APPELLEE DANIELLE E. CZEKANSKI,
## AND MOTION FOR INSTRUCTIONS ON ALTERNATIVE SERVICE

Appellant Yaroslav Kyrpych, proceeding pro se, and respectfully notifies the Clerk of the Court regarding undeliverable mail sent to Appellee Danielle E. Czekanski (maiden name Simmer), and moves the Court for instructions on alternative service. In support hereof, Appellant states as follows:

## I. DOCKET NOTICE OF UNDELIVERABLE MAIL

On or about August 25, 2026, the Clerk's Office entered a Notice of Docket Activity indicating that mail sent to Appellee Danielle E. Czekanski (specifically, the court's August 5, 2026 Briefing Notice) was returned by the U.S. Postal Service as undeliverable from her address of record at 5034 N 81st St, Scottsdale, AZ 85250.

## II. HISTORY OF SERVICE AND DILIGENCE

Appellant has exercised continuous and thorough due diligence regarding service on Appellee Czekanski:

- **Prior Massachusetts Residency:** Appellee Czekanski previously resided at 94 Pinedale Ave, Billerica, MA 01821, which was sold by both her and her former husband on December 15, 2025, in connection with ongoing divorce proceedings in Middlesex County, Massachusetts.
- **February 7, 2026:** Appellee Czekanski—a former DCF worker not represented in this action by the Massachusetts Attorney General's Office (unlike her co-defendant DCF peers)—was successfully served *in hand* at the Scottsdale address by a private process server. At that time, the server noted that the property had been put up for market sale by her relative, Michael Simmer (her maiden name).
- **July 31 and August 21, 2026:** Appellant subsequently mailed copies of Appellant's Brief and Response to Defendants' Motions to this same address. Appellant's mailing of July 31, 2026, was successfully delivered and did not return as undeliverable.

## III. ABSENCE OF ELECTRONIC SERVICE / CURRENT STATUS

Appellee Czekanski is not registered for electronic service (CM/ECF) in this matter. By contrast, service on other represented or employed state actors in this action (such as ADA Anne S. Yas at the Norfolk County DA's Office) remains functional at their workplaces. Because Czekanski is a former state worker unrepresented by the AGO and her former residential property is listed for sale through family, standard mail to the Scottsdale address is failing.

## IV. KNOWN ALTERNATIVE CONTACT CHANNELS

Public records, prior Massachusetts ties (including Billerica residency), and recent local filings (including public proceedings in Middlesex County, Massachusetts) indicate alternative points of contact for Appellee Czekanski. Her known public contact details include her email address (dczekanski@gmail.com) and telephone number (978) 362-8180.

## V. REQUEST FOR DIRECTION

To avoid procedural prejudice and ensure compliance with appellate rules, Appellant requests the Court's guidance and instructions on how to properly effectuate alternative service for Appellee Czekanski.

**WHEREFORE**, Appellant respectfully requests that the Court accept this notice and provide explicit instructions or orders regarding how to proceed with alternative service upon Appellee Danielle E. Czekanski (Simmer).

Respectfully submitted by:

/s/ YAROSLAV KYRPYCH

Plaintiff-Appellant Pro Se

228 Hilltop Dr,

Walpole, MA 02081

yaroslav.kyrpych@gmail.com

857-869-0080

Date: August 26, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2026, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that because the following pro se Appellees are not registered for electronic service by the court, I have served them via electronic mail only per mutual agreement as follows:

**Brian P. Divasta**

brian.divasta@gmail.com

**Carolyn P. Gannon**

carolyn.patricia0108@gmail.com

I further certify that because the following pro se Appellees are not registered for electronic service by the court, I have served them via regular mail:

**Anne S. Yas**

Norfolk District Attorney's Office

45 Shawmut Road

Canton, MA 02021

anne.yas@mass.gov

**Danielle Czekanski (Simmer)**

Mail is not sent due to apparent change of address and awaiting instructions from the Court.

/s/ Yaroslav Kyrpych

Plaintiff-Appellant Pro Se

Date: August 26, 2026