# United States Court of Appeals
## For the First Circuit

No. 26-1770

YAROSLAV KYRPYCH,

Plaintiff - Appellant,

v.

KRISTEN DENISE KELLY, individually and in the official capacity as ADA Norfolk County District Attorney; KATELYN MARIE JAY, individually and in the official capacity as ADA Norfolk County District Attorney; ELISE MARIAN BARRY, individually and in the official capacity as Employee of Department of Children and Families; SHANNON MCANULTY, individually and in the official capacity as Employee of Department of Children and Families; SANDRA E. FONTECCHIO, individually and in the official capacity as Employee of Department of Children and Families; CHERYL BANKS, individually and in the official capacity as Employee of Department of Children and Families; LAURA A. RAFAEL, individually and in the official capacity as Employee of Department of Children and Families; MICHELLE F. FRAZER, individually and in the official capacity as Employee of Department of Children and Families; PHILIP JAMES CLOSSEY, individually and in the official capacity as Employee of Department of Children and Families; KATHERYN L. BUTTERFIELD, individually and in the official capacity as Area Program Manager of Department of Children and Families; ALISON C. COLEMAN-HARDY, in the official capacity as Area Program Manager of Department of Children and Families; DEPARTMENT OF CHILDREN AND FAMILIES; RACHAEL ANNE SULLIVAN, individually and in the official capacity as Employee of Bay State Community Services; STEVEN F. RUSCIO, Supervisor; AZELENE D. EDOUARZIN; NORFOLK COUNTY DISTRICT ATTORNEY'S OFFICE; LEE MUMFORD PETERSON, Judge Norfolk County Probate and Family Court; RYAN FAENZA CAREY; CAROLYN P. GANNON; MEGHAN HONIGMAN, Guardian ad Litem; BRIAN P. DIVASTA; CHRISTINE MCMAHON CULLINAN, Assistant District Attorney; BAY STATE COMMUNITY SERVICES; DANIELLE E. CZEKANSKI; KARA CLIFFORD CAREY; ANNE S. YAS,

Defendants - Appellees.

**ORDER OF COURT**

Entered: September 8, 2026

Appellees Cheryl Banks, Elise Marian Barry, Bay State Community Services, Katheryn L. Butterfield, Kara Clifford Carey, Ryan Faenza Carey, Philip James Clossey, Alison C. Coleman-Hardy, Department of Children and Families, Brian P. Divasta, Azelene D. Edouarzin, Sandra E.

Fontecchio, Michelle F. Frazer, Carolyn P. Gannon, Meghan Honigman, Katelyn Marie Jay, Kristen Denise Kelly, Shannon McAnulty, Christine McMahon Cullinan, Norfolk County District Attorney's Office, Lee Mumford Peterson, Laura A. Rafael, Steven F. Ruscio, and Rachael Anne Sullivan's opposed motion to stay briefing pending a ruling on the motion for summary disposition is allowed. The motion for summary disposition remains pending and will be addressed in due course.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Yaroslav Kyrpych
Mathias Francis Fressilli
Alexander Matthew Weiss
Brendan P. Slean
Scott Douglas Burke
Carolyn P. Gannon
Victor J. Koufman
Rebecca Long
Brian P. Divasta
Danielle E. Czekanski
Anne S. Yas