CLERK'S OFFICE
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210

OFFICIAL BUSINESS

RECEIVED FOR FILING

2026 AUG 31 P 12:15

Carolyn P. Gannon
Apt D11
89 Pleasant St
Medfield, MA 02052

26-1770
Appellant's Briefing Notice
7-22-26

-R-T-S- 020522076-1N 08/26/26
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

USMS Screened

FIRST-CLASS

US POSTAGE
$ 001.98
ZIP 02210
02 7W
0000836369 JUL 22 2026