UNITED STATES COURT OF APPEALS

for the First Circuit

Appeal Case No. 26-1770

Kyrpych et al,

*Plaintiff-Appellant*

v.

Kelly et al,

*Defendants-Appellees*

On Appeal from the United States District Court for the District of Massachusetts, Case No: 1:25-cv-12291-FDS

APPELLANT'S INFORMATIONAL NOTICE REGARDING FORMER EMPLOYMENT OF CO-DEFENDANT ANNE S. YAS AT MASSACHUSETTS ATTORNEY GENERAL'S OFFICE AND UNDISCLOSED PERSONAL CONFLICT OF INTEREST OF ASSISTANT DISTRICT ATTORNEY CULLINAN

Appellant Pro Se, Yaroslav Kyrpych, respectfully submits this Informational Notice pursuant to Rule 27 of the Federal Rules of Appellate Procedure and First Circuit Local Rule 27.0 to apprise the Court of the following newly-discovered facts:

1. **Prior Employment of Co-Defendant Anne S. Yas at the Massachusetts Attorney General's Office**

Co-defendant Anne S. Yas previously served as an Assistant Attorney General within the Massachusetts Attorney General's Office—the exact office currently representing state defendants in this action.

2. **Undisclosed Personal Conflict of Interest of Assistant District Attorney Christine Cullinan**

NCDAO ADA Christine Cullinan served as Vice President of St. John's Nursing School during 2022–2023. During this same period, Appellant's younger daughter was enrolled as a student at the institution, ADA Cullinan conducted criminal investigation of Appellant, and ADA Cullinan's relative, Siobhan O'Malley, was employed there. This information was concealed by Siobhan O'Malley during two depositions.

Respectfully submitted by:

/s/ YAROSLAV KYRPYCH

Plaintiff-Appellant Pro Se

228 Hilltop Dr,

Walpole, MA 02081

yaroslav.kyrpych@gmail.com

857-869-0080

Date: October 05, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on October 05, 2026, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that because the following pro se Appellees are not registered for electronic service by the court, I have served them via electronic mail only per mutual agreement as follows:

**Brian P. Divasta**

brian.divasta@gmail.com

**Carolyn P. Gannon**

carolyn.patricia0108@gmail.com

I further certify that because the following pro se Appellees are not registered for electronic service by the court, I have served them via regular mail:

**Anne S. Yas**

Norfolk District Attorney's Office

45 Shawmut Road

Canton, MA 02021

anne.yas@mass.gov

**Danielle Czekanski (Simmer)**

5034 N. 81st Street

Scottsdale, AZ 85250

/s/ Yaroslav Kyrpych

Plaintiff-Appellant Pro Se

Date: October 05, 2026